# COVER PAGE

1:18-cv-392 (MAD/CFH)

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

● 445 Broadway; Albany, NY 12207-2936 ●

## CONTACT INFORMATION

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

APR 0 2 2018

LAWRENCE K. BAERMAN, CLERK
ALBANY

John Vidurek, et al
*Receiver of all responses on behalf of all the plaintiffs*
*See Action lines 84 – 128*
3979 Albany Post Road, Suite 107
Hyde Park, New York, 12538

- against -

Governor Andrew M. Cuomo
N.Y.S. State Capitol Building
Albany, NY 12224

Majority Leader Senator John J. Flanagan
*Served on behalf of the entire Senate*
Room 330, State Capitol Building
Albany, NY 12247

N.Y.S. Assembly Speaker, Assemblyman Carl E. Heastie
*Served on behalf of the entire Assembly*
LOB 932
Albany, NY 12248

SEND ALL RESPONSES (ONE COPY) TO:     John Vidurek
*See Action lines 84 – 128*
3979 Albany Post Road
Hyde Park, New York 12538
Fax: (888) 891-8977
John@NationalLibertyAlliance.org

## LIST OF PLAINTIFFS

| | |
|---|---|
| John Vidurek | Walter K Janczak, Jr |
| George Gard | Kimberly Vidurek |
| Betty Gard | William E Conta |
| Cerus Maarten | Leonard Volodarsky |
| Charles Karlstrom | David Paul |
| Danid D Joy | John Schultz |
| Anthony Futia Jr | Joseph Frioco |
| Tanya E Parrow | Michelle Frioco |
| Joseph Atkinson | William R Fox Sr |
| Mozart D Victor | James Birsen |
| Gary E Edgreen | Joanne Johnson Smith |
| Mary Jane Edgreen | Stacey Cumberbatch |
| Alvin Gonzalez | Don Alan McLaughlin |
| Gerard Aprea | Michael R Wiehl |
| Michelle Aprea | Michael Anthony Livecche Jr |
| Jon E Delong | Jose Ferreira Cruz |
| Senny Nunez | James Burlinski |

## LIST OF DEFENDANTS

Governor Andrew M. Cuomo; N.Y.S. State Capitol Building; Albany, NY 12224

New York Senate:     c/o Majority Leader Senator John J. Flanagan
Room 330, State Capitol Building; Albany, NY 12247

New York Assembly:     c/o Speaker Assemblyman Carl E. Heastie
LOB 932; Albany, NY 12248

# TABLE OF CONTENTS

**SUMMONS**

**COVER PAGE** - - - - - - - - - page i

**INDEX** - - - - - - - - - - page ii-iv

**ACTION AT LAW** (22 pages) - - - - - - - page 1

    Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229

    Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.

    Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

    Waring vs. the Mayor of Savanah, 60 Georgiaat 93

    Hertado v. California, 100 US 516

    Preamble to the US and NY Constitutions

    CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472

    Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298

    18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat.

    219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7

    Amendment VII

    18 USC §242 - - - - - - - - page 2

    U.S. v. Tweel, 550 F.2d 297, 299

    U.S. v. Prudden, 424 F.2d 1021, 1032

**STATEMENT OF JURISDICTION** - - - - - - - page 3

    Carmine v. Bowen, 64 A. 932

    Federal Form 7, pg. 106; 113th congress 2nd session

**OATHS & BONDS**

    Article VI Constitution

    U.S. v. Tweel, 550 F.2d 297, 299

    U.S. v. Prudden, 424 F.2d 1021, 1032

    Carmine v. Bowen, 64 A. 932

**DUE PROCESS** - - - - - - - - - page 4

**LAW OF THE CASE** - - - - - - - - - page 5

    Haines v. Kerner, 404 U.S. 519 (1972);

    Rule 17, 28 USCA.

    Morris vs. NCR, 44 SW2d 433

    Morris v National Cash Register, 44 SW2d 433

    Sweet see Phillips v. Phillips, 8 N.J.L. 122.

    Leeper vs. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225

    Dartmouth College Case, 4 Wheat, U.S. 518, 4 ED 629

    Holden vs. Hardy, 169, U.S. 366, 18 SUP. CT. 383, 42 L ED. 780.

**6TH AMENDMENT**

    Sims v. Aherns, 271 S.W. 720 (1925)

    Fourteenth Amendment - - - - - - - page 6

    Schware v. Board of Bar Examiners, 353 U.S. 232 (1957)

    Elmore v. McCammon (1986) 640 F. Supp. 905

Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

**AMENDMENT VII**

Fortesc.c.8. 2Inst.186

1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

**AMENDMENT V**

**AMENDMENT VI** - - - - - - - - - page 16

Rom 2:14-15

Davis v. Wechsler, 263 US 22, at 24.

Hertado v. California, 110 U.S. 516.

Bennett v. Boggs, 1 Baldw 60.

Miller v. U.S. , 230 F 2d 486. 489

Shuttlesworth v Birmingham, 373 USs 262.

Murdock v. Pennsylvania, 319 U.S. 105, at 113.

Sherar v. Cullen, 481 F. 945.

Marbury v. Madison, 5th US (2 Cranch) 137, 180.

Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908)

Norton v. Shelby County, 118 U.S. 425 (1886)

18 U.S. Code §2381 - - - - - - - - page 17

18 U.S. Code §2384

**OUR FOUNDING FATHERS ON ARMS**

New York State Constitution Article XII section 1 - - - - page 18

Article 2 - NY civil rights law §4:

18 U.S. Code § 2381

18 USC § 2384

Declaration of Independence

**CONSPIRACY** - - - - - - - - - page 19

Admit or deny - - - - - - - - - page 20

**WHEREFORE CLAUSE** - - - - - - - - page 23

NYS Safe Act

N.Y.S. Codes §265.20, §265.01, §700.00, §400.00, §265.00, §265.02, §265.35,

§35.20, §265.10, §2230

2nd Amendment.

Sweet; and see Phillips v. Phillips, 8 N.J.L. 122

Dig. 50, 17, 20

**ATTACHMENTS:**

Memorandum of Law in Support of 2nd Amendment - - quoted at - page 2

Memorandum of Law in Support of Authority - - - quoted at - page 3

Memorandum of Law in Support of Article III Courts - - quoted at - page 3

Memorandum of Law in Support of Standing - - - quoted at - page 9

Memorandum in Support of Founding Documents - - quoted at - page 13

Memorandum of Facts Concerning Common Law - - quoted at - page 17

Memorandum of Law in Support of the Common Law - - quoted at - page 18

**EXHIBIT (1)** 6 Congress Report Lawyers Guild - - - quoted at - page 17

**AFFIDAVITS**

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
### • 445 Broadway; Albany, NY 12207-2936 •

5

| | |
|---|---|
| John Vidurek, Gerard Aprea, et al <br> **Plaintiffs** <br><br> - Against - <br><br> Governor A. Cuomo, New York State Senate and New York State Assembly <br> **Defendants** | Jurisdiction: Court of Record, under the rules of Common Law[1] <br><br> Case NO: <br><br> **ACTION AT LAW:[2]** |

**NEW YORK STATE**      )
                       ):SS.
10  **DUTCHESS COUNTY**   )

We, John Vidurek, Gerard Aprea, et al, and on behalf of all People[3] of New York State, hereinafter plaintiffs, in this court of record, proceeding according to the common law[4] hereby sues Governor A. Cuomo, N.Y.S. Senate and N.Y.S. Assembly, hereinafter

---

[1] **"A Court of Record** is a judicial tribunal having attributes and exercising functions independently of the person of the magistrate designated generally to hold it, and proceeding according to the course of common law, its acts and proceedings being enrolled for a perpetual memorial." Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227, 229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J. See, also, Ledwith v. Rosalsky, 244 N.Y. 406, 155 N.E. 688, 689.

[2] **AT LAW:** [Bouvier's] This phrase is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.

[3] **PEOPLE:** People are supreme, not the state. [Waring vs. the Mayor of Savanah, 60 Georgiaat 93]; The state cannot diminish rights of the people. [Hertado v. California, 100 US 516]; Preamble to the US and NY Constitutions - We the people ... do ordain and establish this Constitution...; ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but themselves... [CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455, 2 DALL (1793) pp471-472]: The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. [Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em.Dom. Sec. 3, 228; 37 C Nav.Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7].

[4] **Amendment VII** "In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the rules of the common law."

15    defendants, "all" acting under the color of law[5], for damages, restoration of Law and
      protection of our unalienable right to keep and bear arms secured by Amendment II; *see*
      *Memorandum in Support of 2nd Amendment, attached.*

      The New York State Legislature did, under color of law, pass the New York Secure
      Ammunition and Firearms Enforcement Act a/k/a as the NY SAFE Act. And on January
20    16 2013 Governor Andrew Cuomo did, under color of law, signed it! This was a clear
      infringement upon the plaintiffs' and all the good People of New York's unalienable
      right, protected by the 2nd Amendment.

      In an Act of Terror the New York State Legislature led by Governor Andrew Cuomo
      did chill the plaintiffs by setting January 31, 2018 as the official deadline for thousands
25    of handgun owners to register their guns with the New York State Police claiming by
      law, *"anybody who fails to contact state police and share updated information about*
      *their firearms could face criminal charges"* thereby making Law abiding people
      criminals for exercising their unalienable right.

      Plaintiffs hereby DEMAND that Governor A. Cuomo, New York State Senate and New
30    York State Assembly, hereinafter defendants, to give a VERIFIED accounting of their
      stewardship by showing cause and by what authority defendants acted concerning their
      contempt for the unalienable right of the plaintiffs and the Sovereign People of New
      York State to bear arms protected by the 2nd Amendment.

      N.Y.S. Senate Majority Leader John J. Flanagan is being served on behalf of the entire
35    Senate and is to provide copies to all members of the Senate. N.Y.S. Assembly Speaker
      Carl E. Heastie is being served on behalf of the entire Assembly and is to provide copies
      to all members of the House.

---

[5] **18 USC §242: DEPRIVATION OF RIGHTS UNDER COLOR OF LAW:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State the deprivation of any rights shall be fined under this title or imprisoned not more than one year, or both.

Defendants are elected Representatives and have a legal and moral duty to speak directly to the People unfiltered (without an attorney). Defendants, being stewards with vested Constitutional authority do not have a right to remain silent or a right to an attorney concerning questions of their vested actions. Amendment VI provides for the Assistance of Counsel, not representation of Counsel. Hired servants are required to give an account to their masters directly, and upon demand, any resistance can only be equated to fraud.

*"Silence can only be equated with fraud where there is a legal or moral duty to speak or where an inquiry left unanswered would be intentionally misleading..."* -- U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

## STATEMENT OF JURISDICTION

RULES OF CIVIL PROCEDURE FOR THE UNITED STATES DISTRICT COURTS[6], Federal Form 7, pg. 106; 113th congress 2nd session

The plaintiffs are People of New York State, under the Common Law (*not a citizen under a corporation*) which is not legislated statutes, nor a collection of Federal District decisions, which is no law; it is the system of jurisprudence administered by judicial tribunals having attributes and exercising functions independently of the person of the magistrate; *see Memorandum in Support of Authority, attached.*

Article III Section 2: provides that *"The judicial power shall extend to all cases, in law..., arising under this Constitution...;"* This action arises under the United States Constitution in violation of Amendment II infringing the right of the people to keep and bear Arms; and an infringement upon the right to defend ourselves protected by the New York State Constitution Article XII Section 1 and the 2nd Anendment.

---

[6] Effective September 16, 1938, as amended to December 1, 2014.

*"The defense and protection of the state and of the United States is an obligation of all persons within the state."*

65 *"A well-regulated Militia, <u>being necessary to the security of a free State</u>, the right of the people to keep and bear Arms, shall not be infringed."*

The United States District Court for the Northern District of New York, being an Article III Court, *see Memorandum of Law in Support of Article III Courts attached*, is the proper venue for this action because it is the capital of New York State where the Governor and both houses reside.

70 # OATHS & BONDS

Plaintiff(s) accepts the oaths[7] and bonds of all the officers of this court to support and uphold the Constitution for the United States of America[8].

# DUE PROCESS

Plaintiff(s) rejects and denies all motions for a hearing before defendants answer this
75 action thru a sworn written response in a timely manner[9] (30 days) or defendant defaults. Summary proceedings[10] are out of the regular course of the common law[11],

---

[7] **Oaths: Article VI**: "This Constitution, and the laws of the United States... shall be the supreme law of the land; and the judges in every State shall be bound thereby; anything in the Constitution or laws of any State to the contrary notwithstanding... All executive and judicial officers, both of the United States and of the several States, shall be bound by oath or affirmation to support this Constitution."

[8] **DUTY TO SPEAK**: "*Silence can only be equated with fraud where there is a legal or moral duty to speak, or where an inquiry left unanswered would be intentionally misleading...*" U.S. v. Tweel, 550 F.2d 297, 299. See also U.S. v. Prudden, 424 F.2d 1021, 1032; Carmine v. Bowen, 64 A. 932.

[9] "*An Affidavit if not contested in a timely manner is considered undisputed facts as a matter of law.*" Morris vs. NCR, 44 SW2d 433 Morris v National Cash Register, 44 SW2d 433.

[10] **Summary proceeding**: Blacks 4th "*Any proceeding by which a controversy is settled, case disposed of, or trial conducted, in a prompt and simple manner, without the aid of a jury, without presentment or indictment, or in other respects out of the regular course of the common law.*" Sweet see Phillips v. Phillips, 8 N.J.L. 122.

[11] *Law in its regular course of administration through courts of justice is due process.*" Leeper vs. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225. "*By the law of the land is more clearly intended the general law, a law which hears before it condemns; which proceeds upon inquiry and renders judgment only after trial.*" Dartmouth College Case, 4 Wheat, U.S. 518, 4 ED 629: "*Law in its regular course of administration through courts of justice is due process. Leeper vs. Texas, 139, U.S. 462, II SUP CT. 577, 35 L ED 225; "It implies conformity with the natural inherent principles of justice and forbids*

destructive to the interest of justice and cannot allow for more time to answer without good cause as per rule 6. If the Magistrate deems a good cause (s)he can notify plaintiff(s) of the cause and the amount of additional time granted defendant(s).

80

# LAW OF THE CASE

**THE COURT IS TO TAKE JUDICIAL COGNIZANCE OF THE LAW OF THE CASE**, whereas the Court is bound to act without having it proved in evidence.

**NEXT FRIEND** - *"A next friend is a person who represents someone who is unable to tend to his or her own interest."* - Haines v. Kerner, 404 U.S. 519 (1972).

85 Plaintiffs have a right to assist and speak on behalf of each other under Rule 17, 28 USCA. The certificate from the State Supreme Court only authorizes to practice law in courts as a "Member of the State Judicial Branch of Government" and can only represent wards of the court, infants, and persons of unsound mind[12]. A certificate is not a license to practice law as an occupation or to do business as a law firm. A ward is
90 someone placed under the protection of a legal guardian.

**RIGHT TO ASSISTANCE OF COUNSEL** - The U.S. Constitution does not give anyone the right to be represented by a lawyer or the right to any other "hearsay substitute". The 6th Amendment is very specific, *"the right to the assistance of counsel"* and this assistance of counsel can be anyone the individual chooses without limitations.

95 **RIGHT TO PRACTICE LAW** - *"The practice of law is an occupation of common right."* - Sims v. Aherns, 271 S.W. 720 (1925).

---

the taking of one's property without compensation, and requires that no one shall be condemned in person or property without opportunity to be heard." Holden vs. Hardy, 169, U.S. 366, 18 SUP. CT. 383, 42 L ED. 780.
[12] Rule 17, 28 USCA (c) Infants or Incompetent Persons. Whenever an infant or incompetent person has a representative, such as a general guardian, committee, conservator, or other like fiduciary (i.e. the holding of something in trust for another), the representative may sue or defend on behalf of the infant or incompetent person. An infant or incompetent person who does not have a duly appointed representative may sue by a next friend or by a guardian ad litem. The court shall appoint a guardian ad litem for an infant or incompetent person not otherwise represented in an action or shall make such other order as it deems proper for the protection of the infant or incompetent person.

"*A State cannot exclude a person from the practice of law or from any other occupation in a manner or for reasons that contravene the Due Process Clause of the Fourteenth Amendment.*" - Schware v. Board of Bar Examiners, 353 U.S. 232 (1957).

100   **RIGHT TO FILE PRO SE** - "*...the right to file a lawsuit pro se is one of the most important rights under the constitution and laws.*" - Elmore v. McCammon [(1986) 640 F. Supp. 905.

**NON-LAWYERS CAN ASSIST** - "*Members of groups who are competent non-lawyers can assist other members of the group achieve the goals of the group in court without being*
105   *charged with unauthorized practice of law.*" - NAACP v. Button, 371 U.S. 415); United Mineworkers of America v. Gibbs, 383 U.S. 715; and Johnson v. Avery, 89 S. Ct. 747 (1969).

"*Litigants can be assisted by unlicensed laymen during judicial proceedings.*" - Brotherhood of Trainmen v. Virginia ex rel. Virginia State Bar, 377 U.S. 1; v.
110   Wainwright, 372 U.S. 335; Argersinger v. Hamlin, Sheriff 407 U.S. 425.

**RIGHT OF OCCUPATION** - "*The term [liberty] ... denotes not merely freedom from bodily restraint but also the right of the individual to contract, to engage in any of the common occupations of life, to acquire useful knowledge, to marry, to establish a home and bring up children, to worship God according to the dictates of this own conscience...*
115   *The established doctrine is that this liberty may not be interfered with, under the guise of protecting public interest, by legislative action.*" - Meyer v. Nebraska, 262 U.S. 390, 399, 400.

**NO LICENSE** - "*The practice of law cannot be licensed by any state/State.*" - Schware v. Board of Examiners, United State Reports 353 U.S. pages 238, 239.

120   **NO SANCTION** - "*There can be no sanction or penalty imposed upon one because of his exercise of Constitutional Rights.*" - Sherar v. Cullen, 481 F. 2d 946 (1973).

**RIGHTS CANNOT BE DEFEATED** - "*The assertion of federal rights, when plainly and reasonably made, are not to be defeated under the name of local practice.*" - Davis v. Wechler, 263 U.S. 22, 24; Stromberb v. California, 283 U.S. 359; NAACP v. Alabama, 375 U.S. 449.

The American Bar Association (ABA), founded August 21, 1878, is a voluntary association of lawyers, and was incorporated in 1909 in the state of Illinois. The state does not accredit the law schools or hold examinations and has no control or jurisdiction over the ABA or its members.

The state bar card is not a license; it is a union dues card. The Bar is a professional Association like the actors union, painters union, etc. No other association, even doctors, issue their own licenses. All licenses are issued by the state. The Bar Association is a private association it cannot license anyone on behalf of the state.

The ABA accredits all the law schools, holds their private examinations, selects the students they will accept in their organization, and issues them so-called licenses for a fee; but does not issue state licenses to lawyers. The Bar is the only one that can punish or disbar a Lawyer and not the state. The ABA also selects the lawyers that they consider qualified for Judgeships and various other offices in the State. Only the Bar Association or their designated committees can remove any of these lawyers from public office. This is a tremendous amount of power for a private union to control and "the potential for the disastrous rise of misplaced power exists, and will persist."

**BILL OF ATTAINDER** – United States Constitution, Article 1, Section 10: "*No state shall... pass any bill of attainder...*" States cannot declare a person a felon for exercising their unalienable right to be armed. Nor can a State require People to fulfill some act in order to exercise a n unalienable right.

◆ **THE GENERAL RULE** - 16th American Jurisprudence, Second Edition: *"Jurisprudence, by which all judges are bound by oath, is the science of the law. By science here, is understood that connection of truths which is founded on principles either evident in themselves, or capable of demonstration; a collection of truths of the*

150 *same kind, arranged in methodical order. In a more confined sense, jurisprudence is the practical science of giving a wise interpretation to the laws, and making a just application of them to all cases as they arise. In this sense, it is the habit of judging the same questions in the same manner, and by this course of judgments forming precedents."*[13]

155 **AN UNCONSTITUTIONAL STATUTE IS IN REALITY NO LAW NO ONE IS BOUND TO OBEY** - 16th American Jurisprudence, 2nd Section 177 – *"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose; since unconstitutionality dates from the time of its enactment, and not merely from the date of*

160 *the decision so branding it. An unconstitutional law, in legal contemplation, is as inoperative as if it had never been passed. Such a statute leaves the question that it purports to settle just as it would be had the statute not been enacted. Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no rights, creates no office, bestows no power or authority on anyone, affords*

165 *no protection, and justifies no acts performed under it ... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing valid law. Indeed, insofar as a statute runs counter to the fundamental law of the land, it is superseded thereby."*

16th American Jurisprudence 2d, Section 177 late 2nd, section 256 - *"No one is bound*

170 *to obey an unconstitutional law and no courts are bound to enforce it. The general rule*

---

[13] 1 Ayl. Pand. 3 Toull. Dr. Civ. Fr. tit. prel. s. 1, n. 1, 12, 99; Merl. Rep. h. t.; 19 Amer. Jurist, 3.

*is that an unconstitutional statute, though having the form and the name of law, is in reality no law, but is wholly void, and ineffective for any purpose, since unconstitutionality dates from the time of its enactment, and not merely from the date of the decision so branding it."*

175

## STANDING:

The common ploy moving the court for dismissal claiming "No Standing" used by Attorneys in collusion with a willing judge in order to shield government servants or maintain the status quo is fraud on the court. The plaintiffs will not accept a dismissal;
180 magistrates have no such leave in this court of record to dismiss by summary proceeding;[14] *see Memorandum of Law on Standing, attached.*

## CAUSE OF ACTION

FOR CAUSE: TORT *"a private or civil wrong or injury; a wrong independent of*
185 *contract".* 1 Hill, Torts 1. *"A violation of a duty imposed by general law or otherwise upon all persons occupying the relation to each other which is involved in a given transaction."* Coleman v. California Yearly Meeting of Friends Church, 27 Cal.App.2d 579, 81 P.2d 469, 470. The *"three elements of every tort action are: Existence of legal duty from defendant to plaintiff, breach of duty, and damage as proximate result."* City
190 of Mobile v. McClure, 221 Ala. 51, 127 So. 832, 835.

**Element #1 Legal Duty**: Defendants were bound by oath having a legal duty to the plaintiffs and all the People of New York State to secure the blessings of liberty:

---

[14] **Summary proceeding:** *"Any proceeding by which a controversy is settled, case disposed of, or trial conducted, in a prompt and simple manner, without the aid of a jury, without presentment or indictment, or in other respects out of the regular course of the common law."* Sweet; and see Phillips v. Phillips, 8 N.J.L. 122.

*"The members of the several state legislatures, and all executive and judicial officers, both of the United States and of the several states, shall be <u>bound by oath</u> or affirmation, to support this Constitution;…"* Article VI.

*"We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and <u>secure the blessings</u> of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."* - US Constitution, Preamble

**<u>Element #2 Breach of Duty</u>:** The Governor and legislators of both houses violated 42 USC §1983[15] and entered into a conspiracy to disarm the plaintiffs and all the People of New York State when they passed, under the color of law, acts, statutes, ordinances and regulation in New York State, thereby causing the plaintiffs and all the People of New York State to be deprived of our unalienable *"right to bear Arms"* protected and secured by the Constitution and laws of the United States.

The Governor and legislators of both houses violated 42 USC §1985(3)[16] and entered into a conspiracy to disarm the plaintiffs and all the People of New York State when they passed, under the color of law pretend laws such as acts, statutes, ordinances and regulations in New York State knowingly causing swarms of code enforcement officers, under the color of law, disguised as law enforcement officers, sent upon our highways

---

[15] 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS: Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress, except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable. For the purposes of this section, any Act of Congress applicable exclusively to the District of Columbia shall be considered to be a statute of the District of Columbia.

[16] 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: Depriving persons of rights or privileges: If two or more persons in any State or Territory conspire or go in disguise on the highway or on the premises of another, for the purpose of depriving, either directly or indirectly, any person or class of persons of the equal protection of the laws, or of equal privileges and immunities under the laws; or for the purpose of preventing or hindering the constituted authorities of any State or Territory from giving or securing to all persons within such State or Territory the equal protection of the laws; or if two or more persons conspire to prevent by force, intimidation, or threat, any citizen who is lawfully entitled to vote, from giving his support or advocacy in a legal manner, toward or in favor of the election of any lawfully qualified person as an elector for President or Vice President, or as a Member of Congress of the United States; or to injure any citizen in person or property on account of such support or advocacy; in any case of conspiracy set forth in this section, if one or more persons engaged therein do, or cause to be done, any act in furtherance of the object of such conspiracy, whereby another is injured in his person or property, or deprived of having and exercising any right or privilege of a citizen of the United States, the party so injured or deprived may have an action for the recovery of damages occasioned by such injury or deprivation, against any one or more of the conspirators.

for the purpose of depriving the plaintiffs and all the People of New York by force, intimidation and threat, the equal protection of the laws of our unalienable *"right to bear Arms"* secured by the Constitution and Laws of the United States.

215 The Governor and legislators of both houses violated 42 USC §1986[17] and entered into a conspiracy to disarm the plaintiffs and all the People of New York when they knowingly neglected and refused to prevent the passing and signing into statutory law repugnant to the Constitution and the Laws of the United States, acts, statutes, ordinances and regulation in New York State for the purpose of depriving by force, intimidation and threat the plaintiffs and all the People of New York the equal
220 protection of the laws of our unalienable *"right to bear Arms"* secured by the Constitution and Laws of the United States.

The Governor and legislators of both houses violated 18 USC 241 and entered into a conspiracy to disarm the plaintiffs and all the People of New York State when they knowingly conspired to injure, oppress, threaten and intimidate by the passing and
225 signing into statutory law, repugnant to the Constitution and the Laws of the United States, legislation preventing the free exercise and enjoyment of the plaintiffs and all the Peoples' of New York State unalienable right causing swarms of code enforcement officers, under the color of law, disguised as law enforcement officers, sent upon our highways for the purpose of depriving by said force, the plaintiffs and all the People of
230 New York State the equal protection of the laws of our unalienable *"right to bear Arms"* secured by the Constitution and Laws of the United States.

---

[17] **42 USC §1986** - Action for neglect to prevent - Every person who, having knowledge that any of the wrongs conspired to be done, and mentioned in section 1985 of this title, are about to be committed, and having power to prevent or aid in preventing the commission of the same, neglects or refuses so to do, if such wrongful act be committed, shall be liable to the party injured, or his legal representatives, for all damages caused by such wrongful act, which such person by reasonable diligence could have prevented; and such damages may be recovered in an action on the case; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action; and if the death of any party be caused by any such wrongful act and neglect, the legal representatives of the deceased shall have such action therefor, and may recover not exceeding $5,000 damages therein, for the benefit of the widow of the deceased, if there be one, and if there be no widow, then for the benefit of the next of kin of the deceased. But no action under the provisions of this section shall be sustained which is not commenced within one year after the cause of action has accrued.

The Governor and legislators of both houses violated 18 USC §242[18] and entered into a conspiracy to disarm the plaintiffs and all the People of New York State when they willfully conspired to deprive the plaintiffs and all the People of New York State of
235    their unalienable *"right to bear Arms"* secured by the Constitution and Laws of the United States, subjecting the plaintiffs and all the People of New York State to punishments, pains and penalties.

**Element #3 Damage as proximate result:** New York Governor Andrew M. Cuomo and both houses, through intimidation and threat of violence, have made it clear that if
240    plaintiffs and all the People of New York State are not obedient to their will, they will take our arms by force, thereby placing extreme psychological stress and fear of violence upon the plaintiffs and place plaintiffs family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and both houses have infringed upon
245    plaintiffs' and all Peoples' of New York State unalienable right to keep and bear Arms by creating laws repugnant to the Constitution and thereby have injured the plaintiffs.

*"The right of the people to keep and bear Arms shall not be infringed."* - Amendment II

Therefore, when governments are seized by tyrants, as is the present case in New York State, the disarming of the Sovereign People is just the beginning of a long train of
250    abuses these tyrants intend on imposing upon the Sovereign People of New York. The

---

[18] **18 U.S. Code § 242 - Deprivation of rights under color of law:** Whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, than are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse, or an attempt to commit aggravated sexual abuse, or an attempt to kill, shall be fined under this title, or imprisoned for any term of years or for life, or both, or may be sentenced to death.

only reason the United States and many unarmed countries around the world remain free today is because the Sovereign People of the United States of America are armed.

History reveals that registering arms is the first thing a state does before coming with guns to take our guns and with the existence of a lawless deep state that refuses to 255 relinquish its unconstitutional power to the authorities We the People vested.

Plaintiffs and all the People of New York have been deprived of their unalienable right to be secured, to be armed and now people live in fear that they will be arrested on all these pretend laws if we do not register our guns with the state. The defendants "*have combined with others to subject us to a jurisdiction foreign to our constitution, and* 260 *unacknowledged by our laws; giving Assent to their Acts of pretended Legislation threatening to try us for pretended offences,*" no different than King George in 1776.

Thomas Jefferson, founder of America's freedom formula warned: "*No freeman shall be debarred the use of arms ... When governments fear the people, there is liberty. When the people fear the government, there is tyranny. ... The strongest reason for the* 265 *people to retain the right to keep and bear arms is, as a last resort, to protect themselves against tyranny in government.*"

## WAR

"*...no state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it.*" -- Sawyer, 124 270 U.S. 200 (188); U.S. v. Will, 449 U.S. 200, 216, 101 S. Ct. 471, 66 L. Ed. 2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 Wheat) 264, 404, 5 L. Ed 257 (1821).

"*Any judge who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation* 275 *of the supreme law of the land. The judge is engaged in acts of treason.*" -- Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

As with our Founding Fathers, so with their posterity; "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of*
280 *Happiness.--That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of* the People" through untainted juries, Free Committeemen and the Supreme Law of the Land (Constitution). These have been seized by party bosses, corrupt judges and corrupt legislators and orchestrated by the BAR, all collaborating to maintain the status quo inflicting upon the People a long train
285 of abuses and usurpations, invariably pursuing the same objective which demonstrates a design to subjugate us under absolute Despotism; *see Memorandum of Law on Founding Documents, attached.*

## RESOLUTIONS INITIATED BY OUR FOUNDERS

We the Sovereign People ordained and established through the Constitution for the
290 United States of America and our State Constitutions the following resolutions:

IT HAS BEEN **RESOLVED** THAT We the Sovereign People, from whom all law derives,[19] ordained[20] that IN ORDER TO PREVENT MISCONSTRUCTION OR ABUSE OF LEGISLATIVE AND JUDICIAL POWERS RESOLVED that further declaratory and restrictive clauses should be added,[21] among which were "…the right of
295 the people to keep and bear Arms, shall not be infringed."[22]

---

[19] "*The very meaning of 'sovereignty' is that the decree of the sovereign makes law.*" -- American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047; "*Sovereignty' means that the decree of sovereign makes law, and foreign courts cannot condemn influences persuading sovereign to make the decree.*" -- Moscow Fire Ins. Co. of Moscow, Russia v. Bank of New York & Trust Co., 294 N.Y.S. 648, 662, 161 Misc. 903; "*Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power.*"... "*For, the very idea that man may be compelled to hold his life, or the means of living, or any material right essential to the enjoyment of life, at the mere will of another, seems to be intolerable in any country where freedom prevails, as being the essence of slavery itself.*" -- Yick Wo v. Hopkins, 118 US 356, 370.

[20] **LAW:** "*That which is laid down, ordained, or established.*" Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.

[21] BILL OF RIGHTS, PREAMBLE "*The Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution.*"

[22] AMENDMENT II: "*A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.*"

IT HAS BEEN **RESOLVED** THAT 𝖂e the 𝕾overeign 𝕻eople established and ordained the Law of the Land[23] through constitutions that govern all elected and appointed servants, outside of which there can be no law making.

IT HAS BEEN **RESOLVED** THAT 𝖂e the 𝕾overeign 𝕻eople are independent of all legislated statutes, codes, rules, and regulations.[24]

IT HAS BEEN **RESOLVED** THAT Statutes, codes, rules, and regulations are for the aforesaid government authorities[25] and NOT 𝖂e the 𝕾overeign 𝕻eople.

IT HAS BEEN **RESOLVED** THAT 𝖂e the 𝕾overeign 𝕻eople are independent of all laws, except those prescribed by nature.[26]

IT HAS BEEN **RESOLVED** THAT 𝖂e the 𝕾overeign 𝕻eople are under the Laws of Nature's God,[27] a/k/a Common Law.[28] The significance of this prerogative[29] is found in His judges', a/k/a the jury, tribunal or the Kings bench.

IT HAS BEEN **RESOLVED** THAT it is 𝖂e the 𝕾overeign 𝕻eople as Grand Jurists who, when there is an injured party, decide if a crime has been committed,[30] not legislators or prosecutors imposing their will upon ours in an effort to control our behavior.

---

[23] **Constitution for the United States of America, Article VI, Clause 2:** *"This Constitution, and the Laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; anything in the Constitution or Laws of any State to the Contrary notwithstanding."*

[24] *"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving him/her the sole judge as to all that affects himself/herself."* Mugler v. Kansas 123 U.S. 623, 659-60.

[25] *"All codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and lacking due process..."* Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).

[26] *"There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."* -- Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.

[27] **Declaration of Independence:** When in the Course of human events, it becomes necessary for one people to dissolve the political bands which have connected them with another, and to assume among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle them, a decent respect to the opinions of mankind requires that they should declare the causes which impel them to the separation.

[28] **Amendment VII** ..., the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

[29] *"A consequence of this prerogative is the legal ubiquity of the king. His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice."* -- Fortesc.c.8. 2Inst.186; *"His judges are the mirror by which the king's image is reflected."* 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

[30] **Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, ... nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**IT HAS BEEN RESOLVED THAT** it is 𝖂e the 𝕾overeign 𝕻eople as Petit Jurors who enforce the laws[31] of God that are written in the hearts of men,[32] not written by legislators and enforced by servant judges, turned tyrants.

**IT HAS BEEN RESOLVED THAT** unalienable rights are not to be defeated under the 315 name of local practice;[33] the state is not to violate plain and obvious principles, the state is not to diminish unalienable rights[34] and the state is not to violate common reason.[35]

**IT HAS BEEN RESOLVED THAT** the state may not convert a right into a crime.[36]

**IT HAS BEEN RESOLVED THAT** the state has no authority to impose a permit or penalty[37] for exercising an unalienable right.[38]

320 **IT HAS BEEN RESOLVED THAT** all laws repugnant to the Constitution and restrictions concerning the unalienable rights of 𝖂e the 𝕾overeign 𝕻eople that Governor Andrew Cuomo, New York Legislators and all other state legislators and governors have placed upon 𝖂e the 𝕾overeign 𝕻eople are "NULL AND VOID"[39] and in reality are no law, but are wholly void and ineffective for any purpose.[40]

---

[31] **Amendment VI** In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury ... and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

[32] **Rom 2:14-15** For when the Gentiles, which have not the law, do by nature the things contained in the law, these, having not the law, are a law unto themselves: Which show the work of the law written in their hearts, their conscience also bearing witness, and their thoughts the mean while accusing or else excusing one another;)

[33] *"The assertion of federal rights, when plainly and reasonably made, is not to be defeated under the name of local practice."* Davis v. Wechsler, 263 US 22, at 24.

[34] *"The State cannot diminish rights of the people."* Hertado v. California, 110 U.S. 516.

[35] *"Statutes that violate the plain and obvious principles of common right and common reason are null and void."* Bennett v. Boggs, 1 Baldw 60.

[36] *"The Claim and exercise of a Constitutional Right cannot be converted into a crime."*-Miller v. U.S. , 230 F 2d 486. 489; *"If the state converts a liberty into a privilege the citizen can engage in the right with impunity"* Shuttlesworth v Birmingham, 373 USs 262.

[37] *"A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution."* Murdock v. Pennsylvania, 319 U.S. 105, at 113.

[38] *"For a crime to exist there must be an injured party. There can be no sanction or penalty imposed upon one because of this exercise of Constitutional rights."*-- Sherar v. Cullen, 481 F. 945.

[39] *"All laws, rules and practices which are repugnant to the Constitution are null and void."* -- Marbury v. Madison, 5th US (2 Cranch) 137, 180.

[40] *"The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office, bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to enforce it."* — Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886).

325 **IT HAS BEEN RESOLVED THAT** for the defense and protection of the state, and of the United States,[41] it is the obligation of 𝔚e the 𝔖overeign 𝔓eople, a/k/a the militia, to be armed. This is *"necessary[42] to the security of a free state"* to protect against enemies both foreign and domestic. Any act of disarming freemen violates their unalienable right to defend themselves from the very tyrants that try to disarm them.

330 **IT HAS BEEN RESOLVED THAT** the disarming of 𝔚e the 𝔖overeign 𝔓eople is an ACT OF WAR; in violation of 18 U.S. Code §2381[43] - Treason: and 18 U.S. Code §2384[44] - Seditious conspiracy:

## OUR FOUNDING FATHERS ON ARMS

They wrote the *"Second Amendment"*

335 *"The Constitution shall never be construed to prevent the people of the United States who are peaceable citizens from keeping their own arms."* Samuel Adams,

*"This may be considered as the true palladium of liberty.... The right of self defense is the first law of nature: in most governments it has been the study of rulers to confine this right within the narrowest limits possible. Wherever standing armies are kept up,*
340 *and the right of the people to keep and bear arms is, under any color or pretext whatsoever, prohibited, liberty, if not already annihilated, is on the brink of destruction."* - St. George Tucker, Blackstone's Commentaries on the Laws of England

*"The right of the citizens to keep and bear arms has justly been considered, as the palladium of the liberties of a republic; since it offers a strong moral check against the*
345 *usurpation and arbitrary power of rulers; and will generally, even if these are*

---

[41] NEW YORK STATE CONSTITUTION ARTICLE XII SECTION 1: *The defense and protection of the state and of the United States is an obligation of all persons within the state. The legislature shall provide for the discharge of this obligation and for the maintenance and regulation of an organized militia.*

[42] ARTICLE 2 - NY CIVIL RIGHTS LAW §4: *Right to keep and bear arms; A well-regulated militia being necessary to the security of a free state, the right of the people to keep and bear arms cannot be infringed.*

[43] 18 U.S. Code § 2381 - Treason Whoever, owing allegiance to the United States, levies war against them or adheres to their enemies, giving them aid and comfort within the United States or elsewhere, is guilty of treason and shall suffer death, or shall be imprisoned not less than five years and fined under this title but not less than $10,000; and shall be incapable of holding any office under the United States. June 25, 1948, ch. 645, 62 Stat. 807; Pub. L. 103–322, title XXXIII, § 330016(2)(J), Sept. 13, 1994, 108 Stat. 2148.

[44] 18 USC § 2384 - Seditious conspiracy - If two or more persons in any State or Territory, or in any place subject to the jurisdiction of the United States, conspire to overthrow, put down, or to destroy by force the Government of the United States, or to levy war against them, or to oppose by force the authority thereof, or by force to prevent, hinder, or delay the execution of any law of the United States, or by force to seize, take, or possess any property of the United States contrary to the authority thereof, they shall each be fined under this title or imprisoned not more than twenty years, or both.

*successful in the first instance, enable the people to resist and triumph over them."* - Joseph Story, Commentaries on the Constitution of the United States, 1833

*"They that can give up essential liberty to obtain a little temporary safety deserve neither liberty nor safety."* Benjamin Franklin

350  *"The laws that forbid the carrying of arms are laws of such a nature. They disarm only those who are neither inclined nor determined to commit crimes.... Such laws make things worse for the assaulted and better for the assailants; they serve rather to encourage than to prevent homicides, for an unarmed man may be attacked with greater confidence than an armed man."* Thomas Jefferson

355  *"A free people ought not only to be armed, but disciplined."* George Washington

*"Guard with jealous attention the public liberty. Suspect everyone who approaches that jewel. Unfortunately, nothing will preserve it but downright force. Whenever you give up that force, you are inevitably ruined."* George Mason

"To disarm the people...[i]s the most effectual way to enslave them." James Madison

360  *"The ultimate authority, wherever the derivative may be found, resides in the people alone."* Noah Webster

*"Before a standing army can rule, the people must be disarmed; as they are in almost every kingdom of Europe. The supreme power in America cannot enforce unjust laws by the sword; because the whole body of the people are armed, and constitute a force*
365  *superior to any bands of regular troops that can be, on any pretense, raised in the United States."* Samuel Adams

*"The Constitution shall never be construed to prevent the people of the United States who are peaceable citizens from keeping their own arms."* Richard Henry Lee

*"A militia when properly formed are in fact the people themselves...and include,*
370  *according to the past and general assuage of the states, all men capable of bearing arms... "To preserve liberty, it is essential that the whole body of the people always possess arms, and be taught alike, especially when young, how to use them."* Thomas Jefferson

"*What country can preserve its liberties if their rulers are not warned from time to time that their people preserve the spirit of resistance. Let them take arms.*" Thomas Jefferson

"*The Constitution of most of our states (and of the United States) assert that all power is inherent in the people; that they may exercise it by themselves; that it is their right and duty to be at all times armed.*" Thomas Jefferson

"*I prefer dangerous freedom over peaceful slavery.*" Thomas Jefferson

One reason why today we should never allow the Government to limit our arms:

"*The Deep State*"!

## CONSPIRACY

The false impression given by the enemies of the Sovereign People that the aforesaid RESOLVED[45] issues are moot is the propaganda of lawless servants snared by the poison of the National Lawyers Guild, the nation's oldest and largest progressive BAR association, a communist organization hell-bent on the destruction of our Constitutional Republic, *see attached Report on the National Lawyers Guild, Legal Bulwark of the Communist Party, by the Committee on Un-American Activities, House Report No. 3123 81st Congress 2nd Session*, that have seized control of our government at every level through the Deep State; whereas, no decision is made, no law is passed and no issue is resolved without the seditious BAR orchestrated legislation intended to regulate our Liberties and eventually abolish them; a necessity for their NWO.

The BAR has convinced the populous that the United States is a democracy which is a stepping-stone to totalitarianism[46] and that by orchestrating popular demand through

---

[45] **RESOLVED** *by the Senate and House of Representatives of the United States of America, in Congress assembled ... that the following Articles ... be valid to all intents and purposes, as part of the said Constitution; viz.*

[46] Alexander Hamilton asserted that "*We are now forming a Republican form of government. Real liberty is not found in the extremes of democracy, but in moderate governments. If we incline too much to democracy we shall soon shoot into a monarchy, or some other form of a dictatorship.*" Hamilton, in the last letter he ever wrote, warned that "*our real disease is democracy.*"; Thomas Jefferson declared: "*A democracy is nothing more than mob rule, where fifty-one percent of the people may take away the rights of the other forty-nine.*"; Benjamin Franklin had similar concerns of a democracy when he warned that "*Democracy is two wolves and a lamb voting on what to have for lunch. Liberty is a well-armed lamb contesting the vote!*" After the Constitutional Convention was concluded, in 1787, a bystander inquired of Franklin: "*Well, Doctor, what have we got a Republic or a Monarchy?*" Franklin replied, "*A Republic, if you can keep it.*" John Adams, our second president, wrote: "*Remember, democracy never lasts long. It soon wastes, exhausts, and murders itself.*" James Madison, the father of the Constitution wrote in Federalist Paper No. 10 that pure democracies "*have ever been spectacles*

fear is then able to legislate statutes that abrogate the unalienable rights of the plaintiffs and all the Sovereign People of New York. Democracy and totalitarianism are types of governments that offer different ways of making decisions on behalf of the people they 400 govern. They share some similarities and at the end of the day yield the same results. While one focuses on oppression, the other embraces the differences of the people until egotistical tyrants seize control and over-time convince the sheeple to vote away their liberties as it morph's into totalitarian, as John Adams commented: *"democracy never lasts long it soon wastes, exhausts, and murders itself."* Article IV, Section 4, declares: 405 *"The United States shall guarantee to every State in this Union a Republican Form of Government."* Not a Democratic Form of Government!

Under our Common Law Republic, a Constitution, ordained by the People, is the Supreme Law of the Land to be followed and obeyed by all elected and appointed servants; *see Memorandum of Facts Concerning Common Law, attached.* While We the 410 Sovereign People are under the Laws of the Governor of the Universe, legislators may not add to His Law. All legislated codes, rules, regulations and statutes are for governmental and corporate agencies as defined under Article I sections 8 and 9. We the Sovereign People are responsible to govern our own behavior and answer to courts of Justice under the Common Law when we injure our fellow man; *see Memorandum of* 415 *Law in Support of the Common Law, attached.*

The Plaintiffs hereby DEMAND that Governor A. Cuomo and the New York State Senate and Assembly state by what authority they act, without filter of council, as is the defendants' duty as trustee.

1) Admit or deny that We the Sovereign People in 1776 Declared our 420 Independence because of government abuse of our Liberties, if you deny explain.
2) Admit or deny that the People in 1789 *"ordained and established the Constitution for the United States of America."*
    a. Admit or deny that the People are above the Constitution being its author and the defendants, being servants, are subservient to the Constitution.
425 b. Admit or deny that the defendants, being servants, have no authority to act or legislate beyond what was given under the Constitution, if you deny explain.

---

  c. Where under the Constitution do the defendants have the authority to legislate the Peoples' behavior?

  d. Where under the Constitution do the defendants have the authority to infringe upon the unalienable right of the People to keep and bear arms secured by the 2nd Amendment?

3) Admit or deny that rights are unalienable, if you deny explain.

4) Admit or deny that rights are not given by legislators, if you admit explain.

5) Admit or deny that requiring permits or licenses in order to exercise a right infringe said right, if you deny explain.

6) Admit or deny that the People ordained and established the New York Constitution, if you deny explain.

7) Admit or deny that the People in 1789 "...*expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added:*," if you deny explain.

  a. Admit or deny that in 1791 "*RESOLVED that the Bill of Rights be valid to all intents and purposes, as part of the said Constitution; viz*" if you deny explain.

8) Admit or deny that by requiring a license or permit to own or carry a hand gun is an infringement, if you deny explain.

9) Admit or deny that legislators must have written constitutional authority to write legislation, if you deny explain.

10) Admit or deny that ...all codes, rules, and regulations are for government authorities and corporations and NOT the People, if you deny explain.

11) Admit or deny that the People, "...*are independent of all laws, except those prescribed by nature*," if you deny identify your authority in the Constitution.

12) Admit or deny that authority in the State Constitution that is contrary to the United States Constitution is null and void, if you deny explain.

13) Admit or deny that "...[unalienable] *rights are not to be defeated under the name of local practice,*" if you deny explain.

14) Admit or deny that "...*the state is not to violate plain and obvious principles.*"

15) Admit or deny that "...*the state is not to diminish* [unalienable] *rights.*"

16) Admit or deny that "...*the state is not to violate common reason.*"

17) Admit or deny that "...*the state may not convert a right into a crime.*"

18) Admit or deny that "...*the state may not license an unalienable right.*"

460      19) Admit or deny that "...*states have no authority to impose a permit or penalty for exercising an unalienable right,*" if you deny identify your authority in the Constitution.

20) Admit or deny that all laws repugnant to the Constitution are "NULL AND VOID".

465      21) Admit or deny that the People, are under the Laws of Nature's God a/k/a Common Law.

22) Admit or deny that for the defense and protection of the state and of the United States, it is the obligation of We the People, a/k/a as the militia, to be armed.

23) Admit or deny that any act of disarming freemen also violates their unalienable
470      right to defend themselves from the tyrants that try to disarm them.

24) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §265.20.

25) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §265.01.

475      26) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §700.00.

27) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §400.00.

28) State what Article and sub-section in the N.Y.S. Constitution authorized the
480      defendants to write and enforce §265.00.

29) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §265.02.

30) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §265.35.

485      31) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §35.20.

32) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce §265.10.

33) State what Article and sub-section in the N.Y.S. Constitution authorized the
490      defendants to write and enforce §2230.

34) State what Article and sub-section in the N.Y.S. Constitution authorized the defendants to write and enforce any statute that can regulate the 2nd Amendment.

**WHEREFORE,** plaintiffs demand and prosecute for; Governor A. Cuomo, N.Y.S. Senate and N.Y.S. Assembly cease all unconstitutional actions and stop blindly approving BAR legislation into laws that are repugnant to the Constitution. All legislation is to state clearly by what authority they act upon.

Plaintiffs demand and prosecute for; all legislative infringements upon the second Amendment null and void in the United States including and not limited to Safe Act, N.Y.S. Code §265.20, §265.01, §700.00, §400.00, §265.00, §265.02, §265.35, §35.20, §265.10, §2230 and the court is to direct all County Sheriffs to protect the People, from state and federal law enforcement agents who are to cease and desist all abuse against the plaintiffs and the People of New York for the exercising of our unalienable *"right to keep and bear Arms"*, protected by the 2nd Amendment.

Plaintiffs demand and prosecute defendants for $50,000 in damages for psychological stress and fear of violence upon my person and for placing my family in jeopardy of harm and even death. And for violating our unalienable right to keep and bear arms.

Plaintiffs with this action will file for an injunction against the state concerning the reporting of our firearms to the state police. If the judiciary fails to do their sworn duties to uphold the law and protect the People, plaintiffs sue defendants for an additional $1,000 per day from the refusal date for injunction to the day of judgment for each of the defendants; [e.g. 100 days x $1000 = $100,000 each plaintiff].

*Quotiens dubia interpretatio libertatis est, secundum libertatem respondendum erit:*[47]

SEAL

John Vidurek, et al

**NOTARY**

In New York State, Dutchess County, on March 31 , 2018 before me, Tara Ann Variano, the undersigned Notary Public, personally appeared John Vidurek, to me known to be the living man described herein, who executed the forgoing instrument, and has sworn before me that he/she executed the same as his/her free-will act and deed.

TARA ANN VARIANO
Notary Public - State of New York
NO. 01VA6302256
Qualified in Dutchess County
My Commission Expires Apr 28, 2018

(Notary seal)

Notary

---

[47] Whenever there is a doubt between liberty and slavery, the decision must be in favor of liberty. Dig. 50, 17, 20.

John Vidurek, Gerard Aprea, et al

**Plaintiffs**

- Against -

Governor A. Cuomo, New York State Senate and New York State Assembly

**Defendants**

Case NO:

**MEMORANDUM OF LAW IN SUPPORT OF 2ND AMENDMENT**

*"A well-regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed."* -- **Amendment II**

*"Necessity is the plea for every infringement of human freedom. It is the argument of tyrants; it is the creed of slaves."* -- **William Pitt the Younger**

*"They that can give up essential liberty to obtain a little temporary safety deserve neither liberty nor safety."* -- **Benjamin Franklin**[1]

## DISARMAMENT IN THE NAME OF INTERNATIONAL SECURITY

ACTS OF TREASON;

On September 25, 2013 in an act of war against the unalienable rights of the People protected by Amendment II, against the will of We the People and without the consent of Congress, Secretary of State John Kerry committed treason by signing the United Nations Arms Trade Treaty thereby surrendering the Peoples' unalienable rights protected by the Second Amendment to foreign powers, inimical to liberty.

---

[1] Historical Review of Pennsylvania, 1759.

℗n September 24, 2014 while addressing the U.N. General Assembly concerning the United Nations Arms Trade Treaty; in an act of war against the unalienable rights of the People protected by Amendment II, against the will of We the People President Obama said: "*All nations must meet our responsibility to observe and enforce international norms*" thereby yielding his oath of office to foreign powers.

℗n December 24th 2014, Christmas Eve, the United Nations Arms Trade Treaty became binding on the nations that have ratified (signed by John Kerry). Under fiction of law[2] the treaty provides the basis for additional gun regulations in America under the guise of necessity.

## WHY GOVERNMENTS DISARM PEOPLE

**A LEAGUE OF EVIL** - The following statistics were reported in the September 11th, 1999, issue of The Economist magazine, page 7, titled "A League of Evil."[3]

    a. 1915-1917 Ottoman Turkey banned gun possession, and then targeted Armenians (mostly Christians) and killed 1-1.5 million people.

    b. 1929-1945 Soviet Union banned gun possession, and then targeted political opponents and farming communities, killing 20 million people.

    c. 1933-1945 Nazi Germany (and occupied Europe) banned gun possession, and then targeted political opponents, Jews, Gypsies and critics killing 20 million people.

    d. 1927-1949 Nationalist China banned private ownership of guns, and then targeted political opponents, army conscripts, and others, killing 10 million people.

    e. 1949-1952; 1957-1960; 1966-1976 Red China instituted the death penalty for supplying guns to "counter-revolutionary criminals" and anyone resisting any government program, and then targeted political opponents, killing 20-35 million people.

---

[2] **FICTION OF LAW:** "*Something known to be false is assumed to be true.*" Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621 "*That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*" -- Hoke vs. Henderson,15, N.C.15,25 AM Dec 677.

[3] **Original source:** Death by "Gun Control", by Aaron Zelmen and Richard W. Stevens; Mazel Freedom Press, Inc; January 1, 2001.

f. 1960-1981 Guatemala banned gun possession, and then targeted Mayans, other Indians, and political enemies, killing 100,000-200,000 people.

g. 1971-1979 Uganda registered gun owners, instituted warrantless searches, and then targeted Christians and political enemies, killing 300,000 people.

h. 1975-1979 Cambodia registered gun owners and then targeted educated persons and political enemies, killing 2 million people.

i. 1994 Rwanda registered gun owners and then targeted the Tutsi people killing over 800,000.

j. Unarmed people have no defense against a "demonical" government. In the 20th century alone, governments killed a total of 262 million civilians. -- Nobel Peace Prize finalist R.J. Rummel in an update to statistics originally presented in his Death by Government, Transaction Publishers, 1994.

## THE CONCLUSION IS INESCAPABLE

*"The conclusion is thus inescapable that the history, concept, and wording of the second amendment to the Constitution of the United States, as well as its interpretation by every major commentator and court in the first half-century after its ratification, indicates that what is protected is an individual right of a private citizen to own and carry firearms in a peaceful manner".* -- Report of the Subcommittee on The Constitution of the Committee On The Judiciary, United States Senate, 97th Congress, second session (February, 1982), SuDoc# Y4.J 89/2: Ar 5/5

*"In recent years it has been suggested that the Second Amendment protects the "collective" right of states to maintain militias, while it does not protect the right of "the people" to keep and bear arms. If anyone entertained this notion in the period during which the Constitution and the Bill of Rights were debated and ratified, it remains one of the most closely guarded secrets of the eighteenth century, for no known writing surviving from the period between 1787 and 1791 states such a thesis".* -- Stephen P. Halbrook, "That Every Man Be Armed": The Evolution of a Constitutional Right (revised and updated), p. 91; UNM Press, 2013

*"Americans have the will to resist because you have weapons. If you don't have a gun, freedom of speech has no power."* -- Yoshimi Ishikawa, Japanese author and social commentator, quoted in "Japanese Overcome Culture, Vent Outrage Over

Scandal: Politics: Public anger drives a kingpin from Parliament--in contrast to society's usual passivity," *Los Angeles Times*, October 15, 1992

*"Whether the authorities be invaders or merely local tyrants, the effect of such laws* [gun control] *is to place the individual at the mercy of the state, unable to resist."* -- Robert Anson Heinlein, 1949

"*In the Militia Act of 1792, the second Congress defined 'militia of the United States' to include almost every free adult male in the United States. These persons were obligated by law to possess a firearm and a minimum supply of ammunition and military equipment. This statute, incidentally, remained in effect into the early years of the [20th] century as a legal requirement of gun ownership for most of the population of the United States. There can be little doubt from this that when the Congress and the people spoke of a 'militia', they had reference to the traditional concept of the entire populace capable of bearing arms, and not to any formal group such as what is today called the National Guard. The purpose was to create an armed citizenry, which the political theorists at the time considered essential to ward off tyranny. From this militia, appropriate measures might create a 'well-regulated militia' of individuals trained in their duties and responsibilities as citizens and owners of firearms. If gun laws in fact worked, the sponsors of this type of legislation should have no difficulty drawing upon long lists of examples of crime rates reduced by such legislation. That they cannot do so, after a century and a half of trying, they must sweep under the rug the southern attempts at gun control in the 1870-1910 period, the northeastern attempts in the 1920-1939 period, the attempts at both Federal and State levels in 1965-1976 establishes the repeated, complete and inevitable failure of gun laws to control serious crime.*

*"Immediately upon assuming chairmanship of the Subcommittee on the Constitution, I sponsored the report which follows as an effort to study, rather than ignore, the history of the controversy over the right to keep and bear arms. Utilizing the research capabilities of the Subcommittee on the Constitution, the resources of the Library of Congress, and the assistance of constitutional scholars such as Mary Kaaren Jolly, Steven Halbrook, and David T. Hardy, the subcommittee has managed to uncover information on the right to keep and bear arms which documents quite clearly its status as a major individual right of American citizens. We did not guess at the purpose of the British 1689 Declaration*

*of Rights; we located the Journals of the House of Commons and private notes of*
115 *the Declaration's sponsors, now dead for two centuries. We did not make*
*suppositions as to colonial interpretations of that Declaration's right to keep arms;*
*we examined colonial newspapers which discussed it. We did not speculate as to*
*the intent of the framers of the second amendment; we examined James Madison's*
*drafts for it, his handwritten outlines of speeches upon the Bill of Rights, and*
120 *discussions of the second amendment by early scholars who were personal friends*
*of Madison, Jefferson, and Washington and wrote while these still lived. What the*
*Subcommittee on the Constitution uncovered was clear — and long-lost — proof*
*that the second amendment to our Constitution was intended as an individual right*
*of the American citizen to keep and carry arms in a peaceful manner, for*
125 *protection of himself, his family, and his freedoms*." -- Senator Orrin Hatch,
January 20, 1982, in a preface to the Report of the Subcommittee On The
Constitution of the Committee On The Judiciary, United States Senate, 97th
Congress, second session (February, 1982), SuDoc# Y 4.J 89/2: Ar 5/5

"*Those who are trying to read the Second Amendment out of the Constitution by*
130 *claiming that it's not an individual right or that it's too much of a safety hazard*
*[are] courting disaster by encouraging others to use the same means to eliminate*
*portions of the Constitution they don't like.*" -- Alan Dershowitz, Harvard Law
professor, quoted in the Capitalism magazine article, "The Second Amendment
Strikes Back," by Larry Elder, June 3, 2002

135 "*Seventy-four percent of the illegal gun owners commit street crimes, 24 percent*
*commit gun crimes, and 41 percent use drugs. Boys who own legal firearms,*
*however, have much lower rates of delinquency and drug use and are even slightly*
*less delinquent than non-owners of guns. "The socialization into gun ownership is*
*also vastly different for legal and illegal gun owners. Those who own legal guns*
140 *have fathers who own guns for sport and hunting. On the other hand, those who*
*own illegal guns have friends who own illegal guns and are far more likely to be*
*gang members. For legal gun owners, socialization appears to take place in the*
*family; for illegal gun owners, it appears to take place 'on the street.*" -- U.S.
Department of Justice, Office of Justice Programs, Office of Juvenile Justice and
145 Delinquency Prevention, NCJ 143454, "Urban Delinquency and Substance Abuse:
Research Summary," p.18, March 1994

*"A historical examination of the right to bear arms, from English antecedents to the drafting of the Second Amendment, bears proof that the right to bear arms has consistently been, and should still be, construed as an individual right."* -- U.S. District Judge Sam R. Cummings, Memorandum Opinion in United States of America vs. Timothy Joe Emerson, March 30, 1999

*"No matter how one approaches the figures, one is forced to the rather startling conclusion that the use of firearms in crime was very much less when there were no controls of any sort and when anyone, convicted criminal or lunatic, could buy any type of firearm without restriction. Half a century of strict controls on pistols has ended, perversely, with a far greater use of this weapon in crime than ever before".* -- Colin Greenwood, in the study "Firearms Control", 1972

John R. Bolton, as United States Under-Secretary for Arms Control and International Security, urged the United Nations in 2001 to recognize how an *"oppressed non-state group defending itself from a genocidal government"* will need ready access to firearms. Mr. Bolton may have been the first U.S. official in modern history to argue before the UN that private citizens might need to be armed against their own killer governments.[4]

Governments have murdered four times as many civilians as were killed in all their international and domestic wars combined.[5] How could governments kill so many people? The governments had the power. The people, the victims, were unable to resist, because the victims were unarmed.

History clearly teaches that every government that moves towards gun control ends up killing the people who disagree with it. Disarmed people are neither free nor safe; rather they become the criminals' prey and the tyrants' playthings. When people are defenseless and their government goes rogue, thousands and millions of innocents die.

---

[4] John R. Bolton, Plenary Address to the UN Conference on the Illicit Trade in Small Arms and Light Weapons, at the UN Conference on the Illicit Trade in Small Arms and Light Weapons in All its Aspects; July 9, 2001.
[5] September 11th, 1999 issue of The Economist magazine, page 7, titled A League of Evil.

*"Both oligarch and tyrant mistrust the people, and therefore deprive them of arms."* -- Aristotle[6]

175 *"When the resolution of enslaving America was formed in Great Britain, the British Parliament was advised by an artful man [Sir William Keith], who was governor of Pennsylvania, to disarm the people; that it was the best and most effectual way to enslave them; but that they should not do it openly, but weaken them, and let them sink gradually, by totally disusing and neglecting the militia."* -

180 - George Mason[7]

*"Before a standing army can rule, the people must be disarmed, as they are in almost every kingdom in Europe. The supreme power in America cannot enforce unjust laws by the sword, because the whole of the people are armed, and constitute a force superior to any band of regular troops,"* Noah Webster 8

185 *"Every Communist must grasp the truth, 'Political power grows out of the barrel of a gun"* -- Mao Tse-tung[9]

*"The most foolish mistake we could possibly make would be to permit the conquered Eastern peoples to have arms. History teaches that all conquerors who have allowed their subject races to carry arms have prepared their own downfall*

190 *by doing so".* Hitler[10]

In a radio interview with Walton and Johnson, January 17, 2013 Ron Paul said: *"They will come with their guns to take our guns."* In 1962 President John F. Kennedy said *"Those who make peaceful revolution impossible will make violent revolution inevitable"*[11]. He went on to say: *"Today we need a nation of minute*

---

[6] Politics: A Treatise on Government, Book V; translated from the Greek of Aristotle by William Ellis, A.M.; J M Dent & Sons Ltd. (London & Toronto) & E. P. Dutton & Co. (New York), 1912.

[7] The Debates in the Several State Conventions on the Adoption of the Federal Constitution...," Vol. III, 2 ed, Jonathan Elliot (ed.), p.380; J. B. Lippincott & Co. (Philadelphia), 1881.

[8] "An Examination into the Leading Principles of the Federal Constitution Proposed by the Late Convention Held at Philadelphia, with Answers to the Principal Objections That Have Been Raised Against the System, by a Citizen of America," p. 43; Prichard & Hall, in Market Street, the second door above Laetitia Court; January 1787.

[9] Mao Tse-tung inadvertently endorsing the Second Amendment in a speech at the sixth plenary session of the Central Committee of the Communist Party; November 6, 1938; later published in Selected Works of Mao Tse-tung, vol. 2, p. 272, 1954.

[10] April 11 1942; quoted in "Hitler's Table-Talk at the Fuhrer's Headquarters 1941-1942," Dr. Henry Picker, ed., Athenaum-Verlag, Bonn, 1951.

[11] March 13, 1962 President John F. Kennedy Address on the First Anniversary of the Alliance for Progress *Public Papers of the Presidents* – John F. Kennedy (1962), p. 223.

195 *men; citizens who are not only prepared to take up arms, but citizens who regard the preservation of freedom as a basic purpose of their daily life and who are willing to consciously work and sacrifice for that freedom."*

SEAL

200

Dated

_____

Plaintiffs, John Vidurek, et al

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
● 445 Broadway; Albany, NY. 12207-2936 ●

John Vidurek, Gerard Aprea, et al
          **Plaintiffs**

    - Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly
          **Defendants**

Case NO:

**MEMORANDUM OF LAW IN
SUPPORT OF AUTHORITY**

The unalienable right of the sovereign People to self-governance was ordained by God, established in the Declaration of Independence and ordained by We the People who are the authority of all law. *"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life, Liberty and the pursuit of Happiness. <u>That to secure these rights, Governments are instituted among Men, deriving their just powers from the consent of the governed,</u> That whenever any Form of Government becomes destructive of these ends, it is the Right of the People to alter or to abolish it, and to institute new Government, laying its foundation on such principles and organizing its powers in such form, as to them shall seem most likely to effect their Safety and Happiness."* Any servant who resists these truths "Wars against the Governor of the Universe and Wars against We the People".

*"Sovereignty itself is, of course, not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power..."* - Yick Wo v. Hopkins, 118 US 356, 370

We the Sovereign People of the United States of America on March 4th 1789 birthed a Nation *"...in order to form a more perfect union, establish justice, insure domestic*

*tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity ordained and established this Constitution for the United States of America."* - Preamble

We the People ordained through Article III Section 1 the creation of one Supreme Court with vested judicial powers and also ordained Congress with the authority to ordain and establish inferior courts with vested judicial powers.

> **28 U.S. Code § 132** - Creation and composition of district courts (a) There shall be in each judicial district a district court which shall be a court of record known as the United States District Court for the district. (b) Each district court shall consist of the district judge or judges for the district in regular active service. Justices or judges designated or assigned shall be competent to sit as judges of the court. (c) Except as otherwise provided by law, or rule or order of court, the judicial power of a district court with respect to any action, suit or proceeding may be exercised by a single judge, who may preside alone and hold a regular or special session of court at the same time other sessions are held by other judges.

In Article III Section 1, We the People established that judges may hold their office only during "good behavior" which we defined in Article VI clause 2 whereby, "obedience to the supreme law of the land" is good behavior.

> *"This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding."*

Failure of a judge to be in good behavior[1] requires removal from office.

---

[1] **FAILURE OF GOOD BEHAVIOR:** "Enumerated in statute as ground for removal of a civil service employee means behavior contrary to recognized standards of propriety and morality, misconduct or wrong conduct." State ex rel. Ashbaugh v. Bahr, 68 Ohio App. 308, 40 N.E.2d 677, 680, 682.

# CONGRESS IS A CREATURE[2] OF THE LAW
## WITH CLIPPED AUTHORITY[3]

55  In the unauthorized creation by the 41st Congress who acted without constitutional authority, an act of fraud, conspiracy and subversion against the United States of America in the creation of a foreign state within our Federal City. Only People can ordain and establish Laws[4] and governments[5]. Only People are endowed by the Creator with certain unalienable rights; governments are not! Consequently, in congruence with Marbury v

60  Madison, all latter construction based upon the Organic Act of 1871 is as null and void as is the Act.

Said Act attempted to supplant our Republican Form of Government that our servants were entrusted to guarantee. This criminally created a foreign venue[6] (Sovereign State) proceeding under fiction of law[7]. Any court resting upon said Act is a de facto court[8]. Any

65  judge acting under such fiction of law denies due process[9] and is acting in excess of their

---

[2] ENS LEGIS. L. Lat. Blacks 4th; A creature of the law; an artificial being, as contrasted with a natural person.

[3] CLIPPED SOVEREIGNTY: In the relations of the several states of the United States to other nations, the states have what is termed a clipped sovereignty. Anderson v. N. V. Transandine Handelmaatschappij, Sup., 28 N.Y.S.2d 547, 552.

[4] PREAMBLE: "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[5] GOVERNMENT: "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626.

[6] VENUE: "Venue" does not refer to jurisdiction at all. Arganbright v. Good, 46 Cal.App.2d Super. 877, 116 P.2d 186. "Jurisdiction" of the court means the inherent power to decide a case, whereas "venue" designates the particular county or city in which a court with jurisdiction may hear and determine the case. Southern Sand & Gravel Co. v. Massaponax Sand & Gravel Corporation, 145 Va. 317, 133 S.E. 812, 813. Stanton Trust and Savings Bank v. Johnson, 104 Mont. 235, 65 P.2d 1188, 1189. In the common-law practice, that part of the declaration in an action which designates the county in which the action is to be tried. Sweet. Also, the county (or geographical division) in which an action or prosecution is brought for trial, and which is to furnish the panel of jurors. Armstrong v. Emmet, 41 S.W. 87, 16 Tex.Civ.App. 242; Paige v. Sinclair, 130 N.E. 177, 178, 237 Mass. 482; Commonwealth v. Reilly, 324 Pa. 558, 188 A. 574, 579; Heckler Co. v. Incorporated Village of Napoleon, 56 Ohio App. 110, 10 N.E.2d 32, 35. It relates only to place where or territory within which either party may require case to be tried. Cushing v. Doudistal, 278 Ky. 779, 129 S.W.2d 527, 528, 530. It has relation to convenience of litigants and may be waived or laid by consent of parties. Iselin v. La Coste, C.C.A.La., 147 F. 2d 791, 795.

[7] FICTION OF LAW: Something known to be false is assumed to be true. Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land. Hoke vs. Henderson,15, N.C.15,25 AM Dec 677. A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible. Best, Ev. 419.

[8] DE FACTO GOVERNMENT: One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[9] DUE COURSE OF LAW, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

judicial authority[10], in collusion, under color of law[11], thereby losing judicial immunity[12]. Therefore, any judicial reliance upon said act is injudicious.

## WHEN COURTS RESIST THE CONSTITUTION

70 *"It will be an evil day for American Liberty if the theory of a government outside supreme law finds lodgment in our constitutional jurisprudence. No higher duty rests upon this Court than to exert its full authority to prevent all violations of the principles of the Constitution."* - 5 Downs v. Bidwell, 182 U.S. 244 (1901)

**A LAW REPUGNANT TO THE CONSTITUTION IS VOID** *"If then the courts are to*
75 *regard the constitution; and the constitution is superior to any ordinary act of the legislature; the constitution, and not such ordinary act, must govern the case to which they both apply. Those then who resist the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that courts must close their eyes on the constitution, and see only the law. This doctrine would subvert the*
80 *very foundation of all written constitutions. It would declare that an act, which, according to the principles and theory of our government, is entirely void, is yet, in practice, completely obligatory. It would declare, that if the legislature shall do what is expressly forbidden, such act, notwithstanding the express prohibition, is in reality effectual. It would be giving to the legislature a practical and real omnipotence with the same breath*
85 *which professes to restrict their powers within narrow limits. It is prescribing limits, and declaring that those limits may be passed at pleasure... Thus, the particular phraseology of*

---

[10] **EXCESS OF JUDICIAL AUTHORITY:** Acts in excess of judicial authority constitutes misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process. Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694; Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286.

[11] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148. Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." Atkins v. Lanning, 415 F. Supp. 186, 188.

[12] **JUDICIAL IMMUNITY:** "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". ... "All law (rules and practices) which are repugnant to the Constitution are VOID". ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133.

the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." - Marbury v.
90 Madison, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803

"*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" - Miranda v. Arizona, 384 U.S. 436, 491

"*No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to*
95 *enforce it beyond these boundaries is nothing less than lawless violence.*" - Ableman v. Booth, 21 Howard 506 (1859)

"*We (judges) have no more right to decline the exercise of jurisdiction which is given, than to usurp that which is not given.   The one or the other would be treason to the Constitution.*" - Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200

100 "*… that statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land.*"  - Hoke vs. Henderson,15, N.C.15,25 AM Dec 677

**WHEN AN OATH BECOMES EQUALLY A CRIME** "*It is in these words: 'I do solemnly swear that I will administer justice without respect to persons, and do equal right*
105 *to the poor and to the rich; and that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States.' Why does a judge swear to discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? if it is closed upon him and cannot be inspected by him.*
110 *If such be the real state of things, this is worse than solemn mockery. To prescribe, or to take this oath, becomes equally a crime.*" - Marbury v. Madison, 5 U.S. 137 (1803) 5 U.S. 137 (Cranch) 1803

## WE THE PEOPLE ARE SOVEREIGN

115 Plaintiffs are free and independent sovereign People with the unalienable right of due process and with no contract with any administrative (foreign) court. Thereby, they owe the State nothing and are under no obligation that would require the plaintiffs to seek leave

from any servant who has no jurisdiction or authority over the plaintiffs. We are not "subjects of the state" but the "masters thereof":

120    *"It is the public policy of this state that public agencies exist to aid in the conduct of the people's business.... The people of this state do not yield their sovereignty to the agencies which serve them. ...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects...with none to govern but*
125    *themselves..."* - CHISHOLM v. GEORGIA (US) 2 Dall 419, 454, 1 L Ed 440, 455 @DALL (1793) pp471-472

       *"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* - American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047

130    *"Under federal Law, which is applicable to all states, the U.S. Supreme Court stated that "if a court is without authority, its judgments and orders are regarded as nullities. They are not voidable, but simply void, and form no bar to a recovery sought, even prior to a reversal in opposition to them. They constitute no justification and all persons concerned in executing such*
135    *judgments or sentences are considered, in law, as trespassers."* - Basso v. UPL, 495 F. 2d 906; Brook v. Yawkey, 200 F. 2d 633; Elliot v. Piersol, 1 Pet. 328, 340, 26 U.S. 328, 340 (1828)

## COURTS OF RECORD
140    ## PROCEED ACCORDING TO THE COURSE OF COMMON LAW

       *"Courts of Record and Courts not of Record the former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no*
145    *power to fine or imprison, and in which the proceedings are not enrolled or recorded."* - 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231

"*A Court of Record is a judicial tribunal having attributes and exercising functions*
150 *independently of the person of the magistrate designated generally to hold it, and*
*proceeding according to the course of common law, its acts and proceedings being*
*enrolled for a perpetual memorial.*" - Jones v. Jones, 188 Mo.App. 220, 175 S.W. 227,
229; Ex parte Gladhill, 8 Metc. Mass., 171, per Shaw, C.J.  See, also, Ledwith v. Rosalsky,
244 N.Y. 406, 155 N.E. 688, 689

155 "*Decisions of an inferior court are subject to collateral attack. In other words, in a*
*superior court one may sue an inferior court directly, rather than resort to appeal to an*
*appellate court. Decision of a court of record may not be appealed. It is binding on ALL*
*other courts. However, no statutory or constitutional court (whether it be an appellate or*
*supreme court) can second guess the judgment of a court of record. The judgment of a*
160 *court of record whose jurisdiction is final, is as conclusive on all the world as the*
*judgment of this court would be. It is as conclusive on this court as it is on other courts. It*
*puts an end to inquiry concerning the fact, by deciding it.*" - Ex parte Watkins, 3 Pet., at
202-203. cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973)

A court of record is a superior court. A court not of record is an inferior court. Inferior
165 courts are those whose jurisdiction is limited and special and whose proceedings are not
according to the course of the common law. Criminal courts proceed according to statutory
law. Jurisdiction and procedure is defined by statute. Likewise, civil courts and admiralty
courts proceed according to statutory law. Any court proceeding according to statutory law
is not a court of record (which only proceeds according to common law); it is an inferior
170 court.

The only inherent difference ordinarily recognized between superior and inferior courts is
that there is a presumption in favor of the validity of the judgments of the former, none in
favor of those of the latter, and that a superior court may be shown not to have had power
to render a particular judgment by reference to its record. Note, however, that a "superior
175 court" is the name of a particular court. But when a court acts by virtue of a special statute
conferring jurisdiction in a certain class of cases, it is a court of inferior or limited
jurisdiction for the time being, no matter what its ordinary status may be.

180

# COMMON LAW

Unalienable Rights are the spirit of Common Law, the Law of our Creator and not of man. All Law is to be understood in light of our Unalienable Rights. Any law repugnant to that spirit is by nature's Creator "Null and Void". The Law of the Land a/k/a the Constitution
185   for the United States of America [Article VI] and its Cap-Stone Bill of Rights, which is the Crown of our Law, were framed from the Declaration of Independence. These are all Common Law documents that were constructed upon Common Law Principles. To deny Common Law is to deny these documents.

*We hold these truths to be self-evident, that all men are created equal, that they are*
190   *endowed by their Creator with certain unalienable Rights that among these are Life, Liberty and the pursuit of Happiness.* Declaration of Independence

**Amendment VII** - *In suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any Court of the United States, than according to the*
195   *rules of the common law.*

"*Synopsis of Rule of Law: The Supreme Court has the implied power from the United States Constitution to review acts of Congress and to declare them void if they are found to be repugnant to the Constitution.*" - **Marbury v. Madison: 5 US 137 (1803);** All cases which have cited Marbury v. Madison case, to the Supreme Court has not ever been over
200   turned. - **See Shephard's Citation of Marbury v. Madison.**

"*... This brings us to the second inquiry; which is, (2) If he has a right, and that right has been violated, do the laws of his country afford him a remedy? [5 U.S. §137, 163] The very essence of civil liberty certainly consists in the right of every individual to claim the protection of the laws, whenever he receives an injury. One of the first duties of*
205   *government is to afford that protection. In Great Britain the king himself is sued in the respectful form of a petition, and he never fails to comply with the judgment of his court.*

*In the third volume of his Commentaries, page 23, Blackstone states two cases in which a remedy is afforded by mere operation of law. 'In all other cases,' he says, 'it is a general and indisputable rule, that where there is a legal right, there is also a legal remedy by suit*
210   *or action at law whenever that right is invaded.' And afterwards, page 109 of the same volume, he says, 'I am next to consider such injuries as are cognizable by the courts of common law. And herein I shall for the present only remark, that all possible injuries*

*whatsoever, that did not fall within the exclusive cognizance of either the ecclesiastical, military, or maritime tribunals, are, for that very reason, within the cognizance of the*
215 *common law courts of justice; for it is a settled and invariable principle in the laws of England, that every right, when withheld, must have a remedy, and every injury its proper redress.'*

*The government of the United States has been emphatically termed a government of laws, and not of men. It will certainly cease to deserve this high appellation, if the laws furnish*
220 *no remedy for the violation of a vested legal right. If this obloquy is to be cast on the jurisprudence of our country, it must arise from the peculiar character of the case. It behoves us then to inquire whether there be in its composition any ingredient which shall exempt from legal investigation, or exclude the injured party from legal redress. In pursuing this inquiry the first question which presents itself, is, whether this can be*
225 *arranged [5 U.S. 137, 164] with that class of cases which come under the description of damnum absque injuria-a loss without an injury. ... If any statement, within any law, which is passed, § unconstitutional, the whole law is unconstitutional.*" - **Marbury v. Madison: 5 US 137 (1803)**

*"The Court of Appeals' rule would neither preserve nor enhance the traditional*
230 *functioning of the grand jury that the "common law" of the Fifth Amendment demands.*" - United States v Williams

*"If a federal town be necessary for the residence of congress and the public officers, it ought to be a small one, and the government of it fixed on republican and common law principles, carefully enumerated and established by the constitution. it is true, the states,*
235 *when they shall cede places, may stipulate that the laws and government of congress in them shall always be formed on such principles.*" - Anti Federalist No 41-43 (Part II)

*"The 41st patagraph of the NYS Constitution provides that the trial by jury remain inviolate forever; that no acts of attainder shall be passed by the legislature of this State for crimes other than those committed before the termination of the present war. And that*
240 *the legislature shall at no time hereafter institute any new courts but such as shall proceed according to the course of the common law, no legislation, in conflict with the Common Law, is of any validity.*" - Anti Federalist No 45

*"The common law is sometimes called, by way of eminence, lex terrae, as in the statute of Magna Carta, chap. 29, where certainly the common law is principally intended by those*
245 *words, aut per legem terrae; as appears by the exposition thereof in several subsequent*

*statutes; ... This common law, or "law of the land," the king was sworn to maintain. This fact is recognized by a statute made at Westminster, in 1346, by Edward III., which commences in this manner:"* - Trial by Jury by Lysander Spooner

250    **CONCLUSION:** All Article III courts are courts of record and are to proceed under the rules of common law. Common law is nature's law ordained by God. Constitutions are an unalienable right ordained by sovereign People. Legislators are bound by the chains of the Constitution and have no authority to create governments or write laws outside those bonds. Any judge resting in fiction of law proceeds under the color of law and losses all
255    immunity. Decisions of such an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court.

SEAL

260

Dated

_____

Plaintiffs, John Vidurek, et al

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
● 445 Broadway; Albany, NY. 12207-2936 ●

5

John Vidurek, Gerard Aprea, et al

**Plaintiffs**

- Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly

**Defendants**

Case NO:

**MEMORANDUM OF LAW
IN SUPPORT OF
ARTICLE III COURTS**

## COVENANT[1]

It is by the following words in our founding document upon which all law rests whereby
We the People called upon God and made a covenant:

10

> *When in the Course of human events, it becomes necessary for one people to
> dissolve the political bands which have connected them with another, and to
> assume among the powers of the earth, the separate and equal station to which
> the Laws of Nature and of Nature's God entitle them, a decent respect to the
> opinions of mankind requires that they should declare the causes which impel*
15
> *them to the separation. We hold these truths to be self-evident, that all men are
> created equal, that they are endowed by their Creator with certain unalienable
> Rights, that among these are Life, Liberty and the pursuit of Happiness.--That
> to secure these rights, Governments are instituted among Men, deriving their
> just powers from the consent of the governed, --That whenever any Form of*
20
> *Government becomes destructive of these ends, it is the Right of the People to
> alter or to abolish it, and to institute new Government, laying its foundation on
> such principles and organizing its powers in such form, as to them shall seem
> most likely to effect their Safety and Happiness.* Declaration of Independence.

God's covenant founded upon the law of the land is eternal[2] and cannot be broken on
25  behalf of another. This law is called common law because it is common onto all men or

---

[1] **Blacks 4th** An absolute covenant is one which is not qualified or limited by any condition and binds the heirs of the land.

natural law because it is innate, written in the hearts of men[3]. Thereby the authority vested in We the People instituted by decree in our Constitution created a republican form of government to secure the blessings of liberty to ourselves and our posterity.

We the People through this Constitution empowered elected and appointed servants to
30    guard the same. The Constitution cannot be altered or abolished by the legislative servants who took an oath to protect it. "*Any judge who does not comply with his oath to the Constitution for the United States wars against that Constitution and engages in acts in violation of the supreme law of the land. The judge is engaged in acts of treason[4]*".

## CREATION OF ARTICLE III COURTS

35    It is Article III Section 1 where authority is given to create courts. We the People vested power in only "One Supreme Court" and empowered Congress to ordain and establish inferior courts whereas judges hold office only so long as they are in good behavior.

> <u>Article III Section 1</u>: *The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior courts as the Congress may from*
40 > *time to time ordain and establish. The judges, both of the supreme and inferior courts, shall hold their offices during good behavior...*

Good behavior is defined in Article VI as being obedient to the "Law of the Land" which is obedience to the common law. Therefore, any judge not in good behavior would be in bad behavior and forfeit's their office.

45    > <u>Article VI Clause 2</u> *This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.*

50

---

[2] **Psalms 105:8-11** *He hath remembered his covenant forever, the word [which] he commanded to a thousand generations. He hath remembered his covenant forever, the word [which] he commanded to a thousand generations. Which [covenant] he made with Abraham, and his oath unto Isaac; And confirmed the same unto Jacob for a law, [and] to Israel [for] an everlasting covenant: Saying, Unto thee will I give the land of Canaan, the lot of your inheritance:*

[3] **Jeremiah 31:33-34** *But this [shall be] the covenant that I will make with the house of Israel; After those days, saith the LORD, I will put my law in their inward parts, and write it in their hearts; and will be their God, and they shall be my people. And they shall teach no more every man his neighbour, and every man his brother, saying, Know the LORD: for they shall all know me, from the least of them unto the greatest of them, saith the LORD: for I will forgive their iniquity, and I will remember their sin no more.*

[4] Cooper v. Aaron, 358 U.S. 1, 78 S. Ct. 1401 (1958)

# LEGISLATIVE AUTHORITY
# TO CREATE ARTICLE III COURTS

Congress has been given power to create only Article III Courts of Record and equity
ruled by American Jurisprudence. They have not been given power to create statutory
55 courts a/k/a nisi prius[5] courts.

Article I Section 8; Clause 9: *The Congress shall have power to constitute
tribunals inferior to the Supreme Court*; as referred to in Article III Section 1[6]

28 USC §132 - *Creation and composition of district courts (a) There shall be
in each judicial district a district court which shall be a court of record known
60 as the United States District Court for the district. (b) Each district court shall
consist of the district judge or judges for the district in regular active service.
Justices or judges designated or assigned shall be competent to sit as judges of
the court. (c) Except as otherwise provided by law, or rule or order of court,
the judicial power of a district court with respect to any action, suit or
65 proceeding may be exercised by a single judge, who may preside alone and
hold a regular or special session of court at the same time other sessions are
held by other judges.*

## AUTHORITY TO APPOINT JUDGES & COURT OFFICERS

Article II Section 2; Clause 2: *The President shall have power... to nominate ... by and
70 with the advice and consent of the Senate, shall appoint ... judges of the Supreme Court,
and all other officers of the United States, whose appointments are not herein otherwise
provided for, and which shall be established by law: but the Congress may by law vest the
appointment of such inferior officers, as they think proper, in the President alone, in the
courts of law....*

75 # ARTICLE III COURTS

Our Constitution provides for courts of equity and courts of law, the former is a court not
of record that is presided over by a Judge whose decision can be appealed; the latter is a
court of record presided over by a tribunal a/k/a jury whose decision is final and cannot be
appealed.

80 *The judicial power shall extend to all cases, in law and equity... Article III Section 2.*

---

[5] NISI PRIUS: (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory
provision.
[6] **Article III Section 1**: The Judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior
courts as the Congress may from time to time ordain and establish.

**COURTS OF EQUITY** are courts not of record that do not have the power to fine or incarcerate, therefore, they cannot hear criminal cases. They proceed in equity[7] which is a body of jurisprudence[8] being a practical science that builds upon principles and self-evident truths synonymous with that of common law and the law of the land that all judges must obey. Equity supersedes the civil law in virtue meting out impartial justice[9] between two persons whose rights or claims are 'in conflict; the tribunal is a Judge bound by oath and an appellate structure made up of three or more judges. If the claim is over $20 either party has a right to choose a court of law which is trial by jury.

> *In suits at common law, where the value in controversy shall exceed twenty*
> *dollars, the right of trial by jury shall be preserved, and no fact tried by a jury,*
> *shall be otherwise reexamined in any Court of the United States, than*
> *according to the rules of the common law.* Amendment VII.

**COURTS OF LAW** are courts of record that proceed according to common law. All criminal cases require an injured party and the State cannot be the plaintiff. The tribunal is a "free and independent jury" of twelve People whose decision is final and from which there is no appeal. It is We the People that bring an indictment and the People that decide the facts, law, remedy and/or penalty.

**ADMINISTRATIVE COURTS** are statutory courts that proceed according to statutes and do not yield to common law and our unalienable rights and whose end results are the

---

[7] **EQUITY:** Black's 4th; Equity is a body of jurisprudence, or field of jurisdiction, differing in its origin, theory, and methods from the common law, Laird v. Union Traction Co., 208 Pa. 574, 57 A. 987; It is a body of rules existing by the side of the original civil law, founded on distinct principles, and claiming incidentally to supersede the civil law in virtue of a superior sanctity inherent in those principles. Maine, Anc. Law, 27; In a restricted sense, the word denotes equal and impartial justice as between two persons whose rights or claims are 'in conflict; justice, that is, as ascertained by natural reason or ethical insight, but independent of the formulated body of law. This is not a technical meaning of the term, except in so far as courts which administer equity seek to discover it by the agencies above mentioned, or apply it beyond the strict lines of positive law. See Miller v. Kenniston, 86 Me. 550, 30 A. 114.; In its most restricted sense, it is a system of jurisprudence, or branch of remedial justice, administered by certain tribunals, distinct from the common-law courts and empowered to decree "equity" in the sense last above given. Here it becomes a complex of well-settled and well-understood rules, principles, and precedents. Isabelle Properties v. Edelman, 297 N.Y.S. 572, 574, 164 Misc. 192.

[8] **JURISPRUDENCE:** The science of the law. By science here, is understood that connexion of truths which is founded on principles either evident in themselves, or capable of demonstration; a collection of truths of the same kind, arranged in methodical order. In a more confined sense, jurisprudence is the practical science of giving a wise interpretation to the laws, and making a just application of them to all cases as they arise. In this sense, it is the habit of judging the same questions in the same manner, and by this course of judgments forming precedents. 1 Ayl. Pand. 3 Toull. Dr. Civ. Fr. tit. prel. s. 1, n. 1, 12, 99; Merl. Rep. h. t.; 19 Amer. Jurist, 3.

[9] **JUSTICE:** Bouvier's Law: In the most extensive sense of the word, it differs little from virtue, for it includes within itself the whole circle of virtues. Yet the common distinction between them is that that which considered positively and in itself, is called virtue, when considered relatively and with respect to others, has the name of justice. But justice being in itself a part of virtue, is confined to things simply good or evil, and consists in a man's taking such a proportion of them as he ought.; * Luke 6:19 And the whole multitude sought to touch him: for there went virtue out of him, and healed them all.

100    will of the state. These courts do not have the power to fine or incarcerate and are called
       nisi prius[10] courts. People are not obligated to participate in these courts unless they agree
       first. The law requires jurisdiction to appear on the record[11]. Some examples of these kinds
       of courts are housing courts, department of labor courts, compensation courts, village
       courts, town courts, etc… Congress has not been given authority to legislate statutory
105    courts.

## JURISDICTION OF ARTICLE III COURTS

       Article III Section 2 The judicial power shall extend to all cases, in law and
       equity, arising under this Constitution, the laws of the United States, and
       treaties made, or which shall be made, under their authority;
110            --to all cases affecting ambassadors, other public ministers and consuls;
               --to all cases of admiralty and maritime jurisdiction;
               --to controversies to which the United States shall be a party;
               --to controversies between two or more states;
               --between a state and citizens of another state;
115            --between citizens of different states;
               --between citizens of the same state claiming lands under grants of
       different states, and between a state, or the citizens thereof, and foreign states,
       citizens or subjects. In all cases affecting ambassadors, other public ministers
       and consuls, and those in which a state shall be party, the Supreme Court shall
120    have original jurisdiction. In all the other cases before mentioned, the Supreme
       Court shall have appellate jurisdiction, both as to law and fact, with such
       exceptions, and under such regulations as the Congress shall make. The trial of
       all crimes, except in cases of impeachment, shall be by jury; and such trial shall
       be held in the state where the said crimes shall have been committed; but when
125    not committed within any state, the trial shall be at such place or places as the
       Congress may by law have directed.

---

[10] **NISI PRIUS:** (Bouvier's Law) Where courts bearing this name exist in the United States, they are instituted by statutory provision.; "Nisi prius" is a Latin term (Black's 5th) "Prius" means "first." "Nisi" means "unless." A "nisi prius" procedure is a procedure to which a party FIRST agrees UNLESS he objects. A rule of procedure in courts is that if a party fails to object to something, then it means he agrees to it. A nisi procedure is a procedure to which a person has failed to object A "nisi prius court" is a court which will proceed unless a party objects. The agreement to proceed is obtained from the parties first.

[11] **JURISDICTION:** "Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." Lantanav. Hopper, 102 F2d 188; Chicago v. New York, 37 F Supp 150.; "The law requires proof of jurisdiction to appear on the record of the administrative agency and all administrative proceedings" Hagans v. Lavine, 415 U.S. 528.

**TWO JURISDICTIONS**

Federal Courts only have two jurisdictions, the jurisdiction of the sea and of the land.

(1) "<u>Admiralty and maritime jurisdiction</u>" cases where international laws apply, law of the sea under jurisprudence.

(2) "<u>Law and Equity jurisdiction</u>" all of the other cases above, law of the land bound by
135        Article VI[12].

**COURTS THAT RESIST THE CONSTITUTION;** Judges have a duty by oath to support the Constitution and guarantee a Republican form of government[13]. Any judge acting upon seditious legislative acts joins the conspiracy of subversion; *"if then the courts are to regard the constitution and the constitution is superior to any ordinary act of the*
140 *legislature; the constitution, and not such ordinary act, must govern the case to which they both apply. Those then who resist the principle that the constitution is to be considered, in court, as a paramount law, are reduced to the necessity of maintaining that courts must close their eyes on the constitution, and see only the law. This doctrine would subvert the very foundation of all written constitutions. It would declare that an act, which, according*
145 *to the principles and theory of our government, is entirely void, is yet, in practice, completely obligatory. It would declare that if the legislature shall do what is expressly forbidden, such act, notwithstanding the express prohibition, is in reality effectual. It would be giving to the legislature a practical and real omnipotence with the same breath which professes to restrict their powers within narrow limits. It is prescribing limits, and*
150 *declaring that those limits may be passed at pleasure."… "It is in these words: 'I do solemnly swear that I will administer justice without respect to persons, and do equal right to the poor and to the rich; and that I will faithfully and impartially discharge all the duties incumbent on me as according to the best of my abilities and understanding, agreeably to the constitution and laws of the United States.' Why does a judge swear to*
155 *discharge his duties agreeably to the constitution of the United States, if that constitution forms no rule for his government? if it is closed upon him and cannot be inspected by him. If such be the real state of things, this is worse than solemn mockery. To prescribe, or to*

---

[12] **Article VI Clause 2:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[13] **Article IV Section 4:** The United States shall guarantee to every state in this union a republican form of government, and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature cannot be convened) against domestic violence.

*take this oath, becomes equally a crime.*" - MARBURY v. MADISON, 5 U.S. 137 (1803)
5 U.S. 137 (Cranch) 1803

160

**CONCLUSION** Congress has been given power to create only Article III Courts of Record and equity courts ruled by American Jurisprudence; a/k/a "United States District Court for the District". These courts proceed under the rules of Common Law and all judges are bound to the law of the land and hold office only when they are obedient to the

165    law of the land.


SEAL

Dated

170                                    _____
                                       Plaintiffs, John Vidurek, et al

5

John Vidurek, Gerard Aprea, et al

**Plaintiffs**

\- Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly

**Defendants**

Case NO:

**MEMORANDUM OF LAW
JURY TAMPERING & STACKING**

### FEDERAL TRIAL HANDBOOK TAMPERS WITH THE JURY
### AND ROBS THEIR SOVEREIGN RIGHT TO JUDGE

10    The federal trial handbook, in an effort to taint and control the jury, repeats twelve (12) times that the judge is to decide the law and not the jury. Joseph Goebbels, Adolf Hitler's Propaganda Minister, said: "*If you repeat a lie often enough, people will believe it, and you will even come to believe it yourself.*" Vladimir Lenin, the Russian communist revolutionary, said: "*A lie told often enough becomes the truth*".

15    Twelve Lies (See evidence document at www.nationallibertyalliance.org/docket Federal Trial Jury Handbook:

- Page 1 The judge determines the law to be applied in the case, while the jury decides the facts.
- Page 3 The judge in a criminal case tells the jury what the law is. The jury must
20      determine what the true facts are. On that basis, the jury has only to determine whether the defendant is guilty or not guilty of each offense charged. The subsequent sentencing is the sole responsibility of the judge. In other words, in arriving at an impartial verdict as to guilt or innocence of a jury defendant, the jury is not to consider a sentence.
- Page 8 The law is what the presiding judge declares the law to be, not what a juror
25      believes it to be or what a juror may have heard it to be from any source other than the presiding judge.

- Page 9 It is the jury's duty to reach its own conclusion(s) based on the evidence. The verdict is reached without regard to what may be the opinion of the judge as to the facts maybe, although <u>as to the law, the judge's charge controls</u>.

30
- Page 9 In both civil and criminal cases, it is the jury's duty to decide the facts in accordance with the principles of <u>law laid down in the judge's charge</u> to the jury. The decision is made on the evidence introduced, and the jury's decision on the facts is usually final.

- Page 10 Jurors should give close attention to the testimony. <u>They are sworn to
35 disregard their prejudices and <u>follow the court's instructions</u>. They must render a verdict according to their best judgment.

- A juror should also disregard any statement by a lawyer <u>as to the law of the case if it is not in accord with the judge's instructions</u>.

- Finally on page 12 we read: The Sixth Amendment's guarantee of a trial by an
40 impartial jury requires that a jury's verdict must be based on nothing else but the evidence <u>and law presented to them in court</u>. The words of Supreme Court Justice Oliver Wendell Holmes, from over a century ago, apply with equal force to jurors serving in this advanced technological age: "The theory of our system is that the conclusions to be reached in a case will be induced only by evidence and argument in
45 open court, and not by any outside influence, whether of private talk or public print."

What the author left out was that Justice Oliver Wendell Holmes also said: "*The jury has the power to bring a verdict in the teeth of both the law and the facts.*" In conclusion, the federal trial handbook wars against 𝔚e the 𝔓eoples' unalienable right as the source and author of the Law of the Land in an attempt to subvert 𝔚e the 𝔓eoples' unalienable right
50 of government by consent. None of our founding fathers or supporters' of the Law of the Land, a/k/a common law, denies the unalienable right of We the Peoples' right of nullification.

The Criminal Pattern Jury Instructions developed by the U.S. Court of Appeals for the 10th Circuit for use by U.S. District Courts state:

55     "*You, as jurors, are the judges of the facts. But in determining what actually happened that is, in reaching your decision as to the facts–it is your sworn duty to follow all of the rules of law as I explain them to you. You have no right to disregard or give special attention to any one instruction, or to question the wisdom or correctness of any rule I may state to you. You must not substitute*
60     *or follow your own notion or opinion as to what the law is or ought to be. It is your duty to apply the law as I explain it to you, regardless of the consequences. However, you should not read into these instructions or*

65 *anything else I may have said or done, any suggestion as to what your verdict*
*should be. That is entirely up to you. It is also your duty to base your verdict*
*solely upon the evidence, without prejudice or sympathy. That was the promise*
*you made and the oath you took."*

## FEDERAL JURIST QUESTIONNAIRE PROFILES
## AND PROVIDES FOR JURY STACKING

70 The federal questionnaire for Jurists, which asks many inappropriate questions, becomes a
tool of trial judges and prosecutors to profile and stack the jury for favorable results for
political favors. Some of the questions we have found on these questionnaires are as
follows:

Dates of birth, work and marital status of the potential juror and all members of the juror's
75 household; sex, age and employment of children who do not reside with the juror;
education, knowledge of law, principal leisure time activities, civic, social, political or
professional organizations to which the juror belong; lists of television and/or radio news
programs, newspapers, magazines that the juror receives their propaganda from. Also, did
the juror's, or member of their family, ever own a gun or belong to any kind of anti-gun or
80 pro-gun club or organization or military service? Have juror's family members or friends
ever been audited by or had a dispute with any agency or department of the United States
Government including the IRS, Social Security Administration, Veterans Administration,
etc. or any city or state government agency? Finally, the most revolting question which is
couched in such a way that it leads the potential juror to conclude that the question is
85 directly from the judge. "Do you have any ideas or prejudices that would hinder you from
following the instructions that I [*judge*] will give as to the law?"

As Lysander Spooner, author of <u>Trial by Jury 1852</u> so clearly pointed out: "*governments*
*cannot decide the law or exercise authority over jurors (the People) for such would be*
*absolute government, absolute despotism*". Such is our condition today and we the People
90 are determined to end it, here, today, at this cross road!

For rebuttal of the Federal Trial Handbook, see Common Law Handbook for Jurors,
Sheriffs, Bailiffs and Justices. Dated November 4, 2016.

95      SEAL

DATED:

100

_____
Plaintiffs, John Vidurek, et al

5

John Vidurek, Gerard Aprea, et al
                    Plaintiffs

            - Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly
                    Defendants

Case NO:


**MEMORANDUM IN SUPPORT
OF FOUNDING DOCUMENTS**

## SOVEREIGN AUTHORITY

*"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."* -
10    American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826,
19 Ann.Cas. 1047. *"A consequence of this prerogative is the legal ubiquity of the king. His
majesty in the eye of the law is always present in all his courts, though he cannot
personally distribute justice. (Fortesc.c.8. 2Inst.186) His judges (We the People, Jurist)
are the mirror by which the king's (Natures God) image is reflected."* 1 Blackstone's
15    Commentaries, 270, Chapter 7, Section 379.

## LAW OF THE LAND

*"This Constitution, and the Laws of the United States which shall be made in pursuance
thereof; and all treaties made, or which shall be made, under the Authority of the United
States, shall be the supreme Law of the Land; and the Judges in every State shall be bound
20    thereby; anything in the Constitution or Laws of any State to the Contrary
notwithstanding."* - Constitution for the United States of America, Article VI, Clause 2

# OBSTA PRINCIPIIS[1]

The Supreme Court said: *"It may be that it is the obnoxious thing in its mildest form; but illegitimate and unconstitutional practices get their first footing in that way; namely, by*
25 *silent approaches and slight deviations from legal modes of procedure. This can only be obviated by adhering to the rule that constitutional provisions for the security of persons and property should be liberally construed. A close and literal construction deprives them of half their efficacy, and leads to gradual depreciation of the right, as if it consisted more in sound than in substance. It is the duty of the Courts to be watchful for the Constitutional*
30 *Rights of the Citizens, and against any stealthy encroachments thereon. Their motto should be Obsta Principiis."* - Boyd v. United, 116 U.S. 616 at 635 (1885)

# LIBERALLY CONSTRUED

The purpose of a written constitution is entirely defeated if, in interpreting it as a legal
35 document, its provisions are manipulated and worked around so that the document means whatever the manipulators wish. Jefferson recognized this danger and spoke out constantly for careful adherence to the Constitution as written, with changes to be made by amendment, not by tortured and twisted interpretations of the text.

40 # ORDINARY UNDERSTANDING

Thomas Jefferson said: *"The Constitution to which we are all attached was meant to be republican, and we believe to be republican according to every candid interpretation. Yet we have seen it so interpreted and administered, as to be truly what the French have called, a monarchie masque* (or oligarchy's mask). *"Laws are made for men of ordinary*
45 *understanding and should, therefore, be construed by the ordinary rules of common sense. Their meaning is not to be sought for in metaphysical subtleties which may make anything mean everything or nothing at pleasure."*[2]

*"Common sense [is] the foundation of all authorities, of the laws themselves, and of their construction.*[3] *The Constitution on which our Union rests, shall be administered by me* [as

---

[1] **OBSTA PRINCIPIIS:** Lat. Withstand begin-nings; resist the first approaches or encroach-ments. Bradley, J., Boyd v. U. S., 116 U.S. 635, 6 Sup.Ct. 535, 29 L.Ed. 746.
[2] Thomas Jefferson to William Johnson, 1823. ME 15:450.
[3] Thomas Jefferson: Batture at New Orleans, 1812. ME 18:92.

50    President] *according to the safe and honest meaning contemplated by the plain*
      *understanding of the people of the United States at the time of its adoption--a meaning to*
      *be found in the explanations of those who advocated, not those who opposed it, and who*
      *opposed it merely lest the construction should be applied which they denounced as*
      *possible.*[4] *I do then, with sincere zeal, wish an inviolable preservation of our present*
55    *federal Constitution, according to the true sense in which it was adopted by the States, that*
      *in which it was advocated by its friends, and not that which its enemies apprehended, who*
      *therefore became its enemies."*[5]


## TWO MEANINGS

60    *"Whenever the words of a law will bear two meanings, one of which will give effect to the*
      *law, and the other will defeat it, the former must be supposed to have been intended by the*
      *Legislature, because they could not intend that meaning, which would defeat their*
      *intention, in passing that law; and in a statute, as in a will, the intention of the party is to*
      *be sought after.*[6] *On every question of construction carry ourselves back to the time when*
65    *the Constitution was adopted,* [See Federalist and Anti Federalist papers at www.National
      LibertyAlliance.org/docket] *recollect the spirit manifested in the debates and instead of*
      *trying what meaning may be squeezed out of the text or invented against it, conform to the*
      *probable one in which it was passed."*[7]


70                                    ## KENTUCKY RESOLUTIONS

      *"Where powers are assumed which have not been delegated, a nullification of the act is*
      *the rightful remedy.*[8] *[The States] alone being parties to the [Federal] compact... [are]*
      *solely authorized to judge in the last resort of the powers exercised under it, Congress*
      *being not a party but merely the creation of the compact and subject as to its assumptions*
75    *of power to the final judgment of those by whom and for whose use itself and its powers*
      *were all created and modified.*[9] *The government created by this compact was not made the*
      *exclusive or final judge of the extent of the powers delegated to itself, since that would*

---

[4] Thomas Jefferson: Reply to Address, 1801. ME 10:248.
[5] Thomas Jefferson to Elbridge Gerry, 1799. ME 10:76.
[6] Thomas Jefferson to Albert Gallatin, 1808. ME 12:110.
[7] Thomas Jefferson to William Johnson, 1823. ME 15:449.
[8] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:386.
[9] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:387.

*have made its discretion and not the Constitution the measure of its powers; but... as in all
other cases of compact among powers having no common judge, each party has an equal*
80    *right to judge for itself, as well of infractions as of the mode and measure of redress.*"[10]

## THE CONSTITUTION IS NOT MOOT[11]

As the man who discovered America's Freedom Formula, Thomas Jefferson warned of
those that read the Constitution as a legal document to be manipulated and worked around
85    by tortured and twisted interpretations of the text so that the document means whatever the
manipulators wish it to mean in order to empower themselves and or suppress others.

The Constitution is to be read according to the true sense in which it was adopted by the
States. However, because of intellectual laziness, particularly in Law and our political
process, and subversive factions that have infiltrated our government, our government
90    servants with vested powers are unconstitutionally taught by and provided with for their
use, an Army of BAR attorneys, minions of the oligarchy, who are trained to expand their
powers at the cost of suppressing our Liberties. They have expanded the powers of our
public servants to the point of making the servant the master and the master the servant.
They make everything a controversy and claim our Constitution moot or out of date.

95    Our Constitution is simple to read. The only prerequisites are the ability to read and the
use of a dictionary, that's it! For further expanding on the logic and the debate that resulted
in our Constitution, see Federalist and Anti Federalist papers at www.NationalLiberty
Alliance.org/docket

Our Constitution was written by ordinary men for men of ordinary understanding and
100    interpreted by common sense. The Bill of rights states that the Constitution is to be read
"*to prevent misconstruction or abuse of its powers*". As we read in the preamble, We
the People need to first understand the Bill of Rights and use it as the ruler to prevent the
servants we empower from going beyond their jurisdiction.

"*...THE Conventions of a number of the States, having at the time of their
105    adopting the Constitution, expressed a desire, in order to prevent*

---

[10] Thomas Jefferson: Draft Kentucky Resolutions, 1798. ME 17:380.
[11] **MOOT**, adj. Blacks 4th: A subject for argument; unsettled; undecided. A moot point is one not settled by judicial decisions.
A moot case is one which seeks to determine an abstract question which does not arise upon existing facts or rights. Adams v.
Union R. Co., 21 R.I. 134, 42 A. 515, 44 L.R.A. 273.

*misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution...*" - Bill of Rights Preamble

110

## WAR AGAINST THE CONSTITUTION

**DESTRUCTION OF THE BALANCE OF POWER:** Our Constitution provided for a balance of power that was laid waste by the unratified, unconstitutional 17th Amendment, which was specifically forbidden by the Constitution itself and therefore "null and void".

115 Furthermore, the Seventeenth Amendment was never ratified and therefore it's not even a pretend law. See evidence document <u>17th Amendment Not Ratified.pdf</u> at https://www.nationalliberty alliance.org/docket "*Truth is stranger than fiction, but it is because Fiction is obliged to stick to possibilities; Truth isn't.*" - Mark Twain

**United States Constitution Article V**: "*The Congress... shall propose amendments*
120 *to this Constitution ... which, in either case, shall be valid to all intents and purposes, as part of this Constitution, <u>when ratified</u> ... <u>provided that ...no state, without its consent, shall be deprived of its equal suffrage</u>[12] <u>in the Senate</u>.*"

**United States Constitution Article 1 Section 3** "*THE SENATE OF THE UNITED STATES shall be composed of <u>two Senators</u> from each state, <u>chosen by the</u>*
125 *<u>legislature thereof,</u> for six years; and each Senator shall have one vote.*"

Clearly the Seventeenth Amendment deprives "<u>ALL</u>" States equal suffrage in the Senate! Thus, it is not a moot point! Therefore, like the Principle of the Kentucky Resolution written by Thomas Jefferson, the founder of our Republic, which stated that simply by "*declaring their illegality, announcing the strict constructionist theory of the federal*
130 *government, and declaring nullification to be the rightful remedy.*" That is how the 17th amendment can be nullified. There need not be an act of Congress, there need not be an amendment; Governors and State Legislators need only come to a "<u>resolution</u>" and then <u>declare</u>, <u>announce</u> and <u>act</u> by removing the unconstitutional senators and sending their own Senators that will do the will of the state and restore the balance of power because "*An*
135 *unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had*

---

[12] **SUFFRAGE:** A vote; the act of voting; the right of casting a vote.

*never been passed.*" - Norton vs Shelby County 118 US 425 p. 442. "*No one is bound to obey an unconstitutional law and no courts are bound to enforce it.*" - 16th American Jurisprudence 2d, Section 177 late 2nd, Section 256.

140     "*It is emphatically the province and duty of the judicial department to say what the law is. Those who apply the rule to particular cases, must of necessity expound and interpret that rule. If two laws conflict with each other, the courts must decide on the operation of each. So if a law be in opposition to the constitution; if both the law and the constitution apply to a particular*
145     *case, so that the court must either decide that case con-formally to the law, disregarding the constitution; or conformably to the constitution, disregarding the law; the court must determine which of these conflicting rules governs the case. This is of the very essence of judicial duty. If, then, the courts are to regard the constitution, and the constitution is superior to any*
150     *ordinary act of the legislature, the constitution, and not such ordinary act, must govern the case to which they may both apply… Certainly all those who have framed written constitutions contemplate them as forming the fundamental and paramount law of the nation, and consequently the theory of every such government must be, that <u>an act of the legislature repugnant to the</u>*
155     <u>*constitution is void*</u>*. This theory is essentially attached to a written constitution, and is consequently to be considered by this court as one of the fundamental principles of our society. It is not therefore to be lost sight of in the further consideration of this subject. If an act of the legislature, repugnant to the constitution, is void,*" - Marbury -v- Madison

160     "*Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them*" - Miranda v. Arizona, 384 U.S.

By constitutionally correcting, through nullification and action, the said unconstitutional seventeenth amendment, nullification would then permit the states to review all passed
165 acts since November 1913 giving both equal suffrage to the States and a great opportunity to eradicate many unconstitutional acts such as the Federal Reserve Act, enacted December 23, 1913; the patriot act; homeland security act and many more unconstitutional acts.

These tyrants in power have turned the "Bill of Rights" which was written to prevent
170  misconstruction or abuse of government powers into a document of "Restriction of
Rights" by turning common sense on its head. They have created "No free speech zones";
they have licensed our Liberties; they demonize, raid, arrest and terrorize people who
assemble liberty meetings, teach common law, and question their authority; they refuse to
answer the People. See <u>No Free Speech Zone</u> at www.NationalLibertyAlliance.org
175  /docket.

These tyrants torture and twist to interpret the meaning of our right to bear arms for the
militia only while Article I Section 8 Clause 16 divides the militia into two parts one
employed in service and one ready for service, a/k/a the organized and the unorganized.
The Militia Act of 1903 and most if not all State Constitutions makes it clear that the
180  militia is "EVERY ABLE BODIED MALE". This immediately destroys the argument
that the second amendment is moot.

Furthermore the bearing of arms is understood to be a "Military grade rifle" which is an
automatic weapon. These tyrants have infringe upon our right to defend ourselves, our
state and our nation by licensing weapons and making a law against automatic weapons as
185  they continue to try and disarm us. They serve and execute warrants without sworn
affidavits and "wet ink signatures". They try us in courts whose jurisdictions are unknown
without a Grand Jury indictment and often without a trial jury or by puppet grand and trial
juries, without sworn affidavits and without an injured party.

In conclusion the reading of the Federalist papers and the Anti Federalists papers bear
190  absolute proof that the Constitution is not moot and was written by ordinary men with
ordinary common sense meaning simply what it says; needing no BAR interpreter whose
job it is to spread confusion and destroy the Constitution. Find <u>Federalist papers</u> and the
<u>Anti Federalists</u> at www.NationalLibertyAlliance.org/docket.


195     SEAL

                              Dated  _____

                                     Plaintiffs, John Vidurek, et al


200

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

● 445 Broadway; Albany, NY. 12207-2936 ●

5

John Vidurek, Gerard Aprea, et al
                    Plaintiffs

          - Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly
                    Defendants

Case NO:

**MEMORANDUM OF FACTS
CONCERNING COMMON LAW**

In 1775, Colonial "Militiamen" [1], a/k/a We the Sovereign People[2], took up arms against
the British troops of the tyrant king George for subversion of the unalienable rights of We
10   the Sovereign People. On July 4th 1776, We the Sovereign People, in a Declaration of
Independence, dissolved the political bands with Britain proclaiming: *"When in the Course
of human events, it becomes necessary for one people to dissolve the political bands which
have connected them with another, and to assume among the powers of the earth, the
separate and equal station to which the <u>Laws of Nature and of Nature's God entitle them</u>,*
15   *a decent respect to the opinions of mankind requires that they should declare the causes
which impel them to the separation. We hold these truths to be self-evident, that <u>all men
are created equal, that they are endowed by their Creator with certain unalienable Rights</u>,
that among these are Life, Liberty and the pursuit of Happiness.--That to secure these
rights, Governments are instituted among Men, deriving their just powers from the consent*
20   *of the governed."* In this Proclamation, We the Sovereign People laid the foundation of
our Constitution calling upon our creator, acknowledging the covenant with God, by
establishing the "Law of the Land". That is the "Common Law" that the Bill of Rights
expresses.

---

[1] **MILITIA:** The body of citizens in a state, enrolled for discipline as a military force, but not engaged in actual service except
in emergencies, as distinguished from regular troops or a standing army. Ex parte McCants, 39 Ala. 112; Worth v. Craven
County, 118 N.C. 112, 24.
[2] **SOVEREIGN PEOPLE:** The political body, consisting of the entire number of citizens and qualified electors, who, in their
collective capacity, possess the powers of sovereignty and exercise them through their chosen representatives. Scott v.
Sandford, 19 How. 404, 15 L.Ed. 691.

25  The acknowledgement of this covenant with God under His Law was made clear by a
committee of three, John Adams, Thomas Jefferson and Benjamin Franklin that were



chosen to author our founding document, the Declaration of
Independence in 1776. This same committee of three was again
chosen by the Continental Congress to work on and submit a
national seal design for approval. Jefferson, in the representation of
the Law of the Land and our structure of
government, designed an illustration of the
Israelites' exodus out of slavery and
bondage from Egypt.



35

Benjamin Franklin had an idea similar to Jefferson's and wanted to
also illustrate a scene from the Exodus of the Israelites. The seal
would show Moses parting the Red Sea with Pharaoh and his
chariots being overwhelmed by the waters with the motto: Rebellion to tyrants is
40  obedience to God. Thomas Jefferson became so enamored with this motto he incorporated
it for his own personal seal design.



In 1782, Congress rejected the Jefferson and Franklin designs and
instead adopted a two sided seal designed by Charles Thomson.
His seal gave allegiance to a secret society that symbolically made
the point within the seal that there was already a conspiracy to
supplant the Law of the Land (God) with the civil law of man (under a new world order).
Franklin was not happy with the eagle, as he explained in a letter to his daughter: *"For my
50  own part, I wish the Bald Eagle had not been chosen as the Representative of our Country.*
*He is a Bird of bad moral Character. He does not get his living honestly. You may have
seen him perched on some dead Tree near the River, where, too lazy to fish for himself, he
watches the Labor of the Fishing Hawk; and when that diligent Bird has at length taken a
Fish,... the Bald Eagle pursues him and takes it from him."*

55  In 1789, 𝕎e the 𝕡eople of the United States, in order to form a more perfect union,
establish justice, insure domestic tranquility, provide for the common defense, promote the
general welfare, and <u>secure the blessings</u> of liberty to ourselves and our posterity did
ordain and establish the Constitution for the United States of America.

60  In 1791, 𝕎e the 𝕡eople of the United States *"expressed a desire in order to prevent
misconstruction or abuse of its powers, that further declaratory and restrictive clauses
should be added: And as extending the ground of public confidence in the Government,
will best ensure the beneficent ends of its institution"* RESOLVING THAT: this Bill of
Rights *"to be valid to all intents and purposes, as part of the said Constitution."*

65

The Bill of Rights thereby being the capstone of our Constitution, laid the foundation of our unalienable rights that <u>expressed the Blessings of Common Law</u> by which all law is measured in that all laws repugnant to Liberty are *"null and void"*. Marbury v Madison

Therefore, by We the People calling upon God in 1776 desiring the righteousness of His Law, seeking the Blessing of His liberty in 1789 and proclaiming His unalienable rights in 1791, entered into an everlasting covenant with Him that no man can depose[3]. Now, being his children through adoption to whom pertained the covenants, the law and the promises[4], He Put His laws into our mind and wrote them in our hearts and became to us a God. We became to him His People[5] and He shall judge the world in righteousness, He shall minister judgment to the people in honor[6]; therein the Common Law!

God decreed concerning those who would attempt to unseat Him and overthrow His covenant and bind His people in a statutory bondage[7] saying:[8] *"it shall come to pass that the LORD will give His People rest from their sorrow, and from their fear, and from the hard bondage wherein they were forced to serve leviathan* (novus ordo seclorum[9]); *they will not rise and possess the land, nor fill the face of the world with their* [dark] *cities"* and that he would rise up against them at the worlds darkest moment[10] and *"sweep the children of iniquity with the broom of destruction."* Of that day the Lord said: *"Surely as I have thought, so shall it come to pass; and as I have purposed, so shall it stand:"* *"In that day the LORD with his sore and great and strong sword will punish leviathan[11] the piercing serpent, even leviathan that crooked serpent; and slay the dragon that is in the world."* Therefore, 𝔚e the 𝔖overeign 𝔓eople will reestablish the Law of the Land and God will execute His Judgment upon all who offend.

In 1871, the 41st Congress acted without constitutional authority, an act of fraud (Organic Act of 1871), conspiracy and subversion against the United States of America attempting to depose our covenant with our creator and thereby establishing a totalitarian government unaccountable to 𝔚e the 𝔖overeign 𝔓eople, under foreign control, behind which the conspiratorial erosion of our Constitution began. Only 𝔚e the 𝔖overeign 𝔓eople can

---

[3] Geneses 17

[4] Romans 8:15; 9:4-6; 11:24-27; Galatians 4:6

[5] Hebrews 8

[6] Psalms 9

[7] Exodus 6:5-6

[8] Isaiah 14

[9] The phrase *Novus ordo seclorum* (Latin for "New order of the ages" (NWO); English pronunciation: /ˈnoʊvəs ˈɔːrdoʊ seˈklɔərəm/; Latin pronunciation: [ˈnɔwʊs ˈoːrdoː seˈklɔːruː]) appears on the reverse (or back side) of the Great Seal of the United States, first designed in 1782 and printed on the back of the United States one-dollar bill since 1935.

[10] Zephaniah 1:12-15

[11] The collective body of the children of iniquity under the rule of Satan - Book of Revelation

ordain and establish Laws[12] and governments[13]. Only 𝖂e the 𝕾overeign 𝕻eople are endowed by the Creator with certain unalienable rights, governments are not! Therefore, all latter construction upon the Organic Act of 1871 is as *"null and void"* as is the Act itself, which attempted to supplant our Constitutional Republican Form of Government that our servants were entrusted to guarantee, by oath.

> Article IV Section 4: *The United States shall guarantee to every state in this union a republican[14] form of government, and shall protect each of them against invasion;*

Any court resting upon said Act is a de facto court[15]. Any judge acting under such fiction of law[16] denies due process[17] and is acting in excess of their judicial authority[18], in collusion, under color of law[19], thereby losing judicial immunity[20]. Therefore, any judicial reliance upon said act is injudicious, an act of seditious conspiracy to overthrow our

---

[12] **PREAMBLE:** "We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America."

[13] **GOVERNMENT:** "Republican Government; one in which the powers of sovereignty are vested in the people and are exercised by the people" In re Duncan, 139 U.S. 449, 11 S.Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L.Ed. 627. Black's Law Dictionary, Fifth Edition, p. 626.

[14] **REPUBLIC:** A form of government which derives all its powers directly from the people where elected servants hold office for a limited period or during good behavior [*not exceeding their vested powers*] or at the pleasure of the people.

[15] **DE FACTO GOVERNMENT:** One that maintains itself by a display of force against the will of the rightful legal government and is successful, at least temporarily, in overturning the institutions of the rightful legal government by setting up its own in lieu thereof. Wortham v. Walker, 133 Tex. 255, 128 S.W.2d 1138, 1145.

[16] **FICTION OF LAW:** "Something known to be false is assumed to be true." Ryan v. Motor Credit Co., 130 N.J.Eq. 531, 23 A.2d 607, 621. "That statutes which would deprive a citizen of the rights of person or property without a regular trial, according to the course and usage of common law, would not be the law of the land." Hoke vs. Henderson,15, N.C.15,25 AM Dec 677. "A rule of law which assumes as true, and will not allow to be disproved, something which is false, but not impossible." Best, Ev. 419.

[17] **DUE COURSE OF LAW**, this phrase is synonymous with "due process of law" or "law of the land" and means law in its regular course of administration through courts of justice. - Kansas Pac. Ry. Co. v. Dunmeyer 19 KAN 542.

[18] **EXCESS OF JUDICIAL AUTHORITY:** "Acts in excess of judicial authority constitute misconduct, particularly where a judge deliberately disregards the requirements of fairness and due process." Cannon v. Commission on Judicial Qualifications, (1975) 14 Cal. 3d 678, 694; Society's commitment to institutional justice requires that judges be solicitous of the rights of persons who come before the court. [Geiler v. Commission on Judicial Qualifications, (1973) 10 Cal.3d 270, 286];

[19] **COLOR OF LAW:** The appearance or semblance, without the substance, of legal right. [State v. Brechler, 185 Wis. 599, 202 N.W. 144, 148] Misuse of power, possessed by virtue of state law and made possible only because wrongdoer is clothed with authority of state, is action taken under "color of state law." (Atkins v. Lanning, 415 F. Supp. 186, 188)

[20] **JUDICIAL IMMUNITY:** "... the particular phraseology of the constitution of the United States confirms and strengthens the principle, supposed to be essential to all written constitutions, that a law repugnant to the constitution is void, and that courts, as well as other departments, are bound by that instrument." ... "In declaring what shall be the supreme law of the land, the Constitution itself is first mentioned; and not the laws of the United States generally, but those only which shall be made in pursuance of the Constitution, have that rank". ... "All law (rules and practices) which are repugnant to the Constitution are VOID". ... Since the 14th Amendment to the Constitution states "NO State (Jurisdiction) shall make or enforce any law which shall abridge the rights, privileges, or immunities of citizens of the United States nor deprive any citizens of life, liberty, or property, without due process of law, ... or equal protection under the law", this renders judicial immunity unconstitutional. Marbury v. Madison, 5 U.S. (2 Cranch) 137, 180 (1803); There is a general rule that a ministerial officer who acts wrongfully, although in good faith, is nevertheless liable in a civil action and cannot claim the immunity of the sovereign. Cooper v. O'Conner, 99 F.2d 133

110     Republican form of government. Any clerk failing to file common law documents, such as
        this, also enters into the seditious conspiracy.

        18 U.S. Code §2385: *Advocating overthrow of Government; 18 USC §2384:*
        *Seditious conspiracy with wide spread mutilating; and, 18 USC §2071: failing*
115     *to file.*

        In 1878 seventy-five lawyers from twenty states and the District of Columbia met in
        Saratoga Springs, New York, to establish the American Bar Association (ABA), the
        minions of the *"new order of the ages"*. Since that first meeting, the ABA has worked in
        the shadows infiltrating our government, our courts, our churches, our institutions and our
120     media; demoralizing our children all in an effort to expunge our common law and replace
        it with civil law a/k/a Babylonian law, Justinian law, or Roman Law. Today, with about a
        half a million BAR members, they have perverted the rule of law, deprived We the
        Sovereign People of due process and have supplanted our Article III courts with
        jurisdictions unknown.

125

        In November 1910, six men – Nelson Aldrich, Abram Andrew, Henry Davison, Arthur
        Shelton, Frank Vanderlip and Paul Warburg – met at the Jekyll Island Club, off the coast
        of Georgia, to write a plan to reform the nation's banking system. The meeting and its
        purpose were closely guarded secrets, and participants did not admit that the meeting
130     occurred until the 1930s. But the plan written on Jekyll Island laid a foundation for what
        would eventually be the Federal Reserve System.

        In 1913, three unratified diabolical acts of Congress set the course for the destruction of
        the United States of America:

135     1) The Sixteenth Amendment which only appears to create an income tax[21], an act of
           extortion and a sponsor of debtor's prisons, in direct violation of the Constitution
           Article I Section 9 Clause 5. *"No capitation, or other direct, tax shall be laid, unless*
           *in proportion to the census or enumeration herein before directed to be taken."*
        2) The Seventeenth Amendment destroyed the checks and balance of power in violation
140        of the Constitution Article V, which states: *"no state, without its consent, shall be*
           *deprived of its equal suffrage in the Senate."* The 16th Amendment removed the States
           representation in Washington giving the Senate to the People who already had

        ---

        [21] *"Congress cannot by any definition* (of income in this case) *it may adopt, conclude the matter, since it cannot by legislation*
        *alter the Constitution, from which alone it derives its power to legislate, and within whose limitations alone that power can be*
        *lawfully expressed."* Eisner v. Macomber, 252 U.S. 189; *"In construing federal revenue statute, Supreme Court gives no weight*
        *to Treasury regulation which attempts to add to statute something which is not there."* United States v. Calamaro, 354 U.S. 351
        (1957), 1 L. Ed. 2d 1394, 77 S. Ct. 1138 (1957); *"The 16th Amendment does not justify the taxation of persons or things*
        *previously immune. It was intended only to remove all occasions for any apportionment of income taxes among the states. It*
        *does not authorize a tax on a salary"* Evans V. Gore, 253 U.S. 245

representation in congress thereby *"depriving states of its equal suffrage"*. Every State being sovereign has the ability to correct this unconstitutional amendment by the power of nullification, the Governor and two houses of each state need only recall their two unconstitutional senators and send two that will represent the will of the State.

3) The unconstitutional Federal Reserve Banking Act of 1913 gave control of America's economy to a private corporation owned by foreign bankers who answer to no one and regulate the value of worthless notes of debt called the dollar, robbed We the People of our gold and bankrupted America. Thomas Jefferson warned us when he wrote, *"I sincerely believe that banking institutions are more dangerous to our liberties than standing armies. The issuing power should be taken from the banks, and restored to the people to whom it properly belongs."* President Andrew Jackson stated in reference to the bankers at the state of his administration: *"You are a den of vipers and thieves. I intend to rout you out, and by the Eternal God, I will rout you out."*

This vile act of congress was in violation to the Constitution Article I Section 8 Clause 5 *"The Congress shall have power to coin money, regulate the value thereof, and of foreign coin, and fix the standard of weights and measures;"* and Article I Section 10 Clause 1. *"No state shall make anything but gold and silver coin a tender in payment of debts;"*

Charles A. Lindbergh, Sr., concerning the Federal Reserve Act, said: *"The financial system has been turned over to the Federal Reserve Board. That Board administers the finance system by authority of a purely profiteering group. The system is Private, conducted for the sole purpose of obtaining the greatest possible profits from the use of other people's money... This establishes the most gigantic trust on earth. When the President [Wilson} signs this bill, the invisible government of the monetary power will be legalized....the worst legislative crime of the ages is perpetrated by this banking and currency bill ... From now on, depressions will be scientifically created."*

The Federal Reserve was chartered by an act of deceit, through an act of congress when most had gone home for Christmas holiday on December 23rd, 1913. No recess had been called, while nearly every senator had gone home. Only three senators passed the act with a unanimous voice vote, 3-0. There were no objections.

James Madison, the main author of the U.S. Constitution wrote, *"History records that the money changers have used every form of abuse, intrigue, deceit, and violent means possible to maintain their control over governments by controlling money and its issuance."*

1934 Congressman McFadden on the Federal Reserve Corporation Remarks in Congress: *"Mr. Chairman, we have in this Country one of the most corrupt institutions the world has*

*ever known. I refer to the Federal Reserve Board and the Federal Reserve Banks,*
185 *hereinafter called the Fed. The Fed has cheated the Government of these United States*
*and the people of the United States out of enough money to pay the Nation's debt. The*
*depredations and iniquities of the Fed has cost enough money to pay the National debt*
*several times over... This evil institution has impoverished and ruined the people of these*
*United States, has bankrupted itself, and has practically bankrupted our Government. It*
190 *has done this through the defects of the law under which it operates, through the*
*maladministration of that law by the Fed and through the corrupt practices of the moneyed*
*vultures who control it... "The United States has been ransacked and pillaged. Our*
*structures have been gutted and only the walls are left standing. While being perpetrated,*
*everything the world would rake up to sell us was brought in here at our expense by the*
195 *Fed until our markets were swamped with unneeded and unwanted imported goods priced*
*far above their value and make to equal the dollar volume of our honest exports, and to*
*kill or reduce our favorite balance of trade. As Agents of the foreign central banks the Fed*
*try by every means in their power to reduce our favorable balance of trade. They act for*
*their foreign principal and they accept fees from foreigners for acting against the best*
200 *interests of these United States. Naturally there has been great competition among*
*foreigners for the favors of the Fed.*" (See evidence document <u>Congressman McFadden</u>
<u>Speech on House Floor 1934</u>) at www.nationallibertyalliance.org/docket

TODAY, under legislation such as the Patriot Act and the creation of the Department of
205 Homeland Security, 𝔚e the 𝔖overeign ℙeople are under attack by our very own elected
and appointed servants. Our very way of life is in jeopardy because of the ignorance of the
meaning of words and the misuse of the way that government by consent that our founders
framed for us has been abused.

According to the Southern Poverty Law Center (SPLC) Intelligence Report[22], proclaiming
210 to be the nation's preeminent periodical monitoring the radical right in the United States, is
fueling all government agencies and police departments into believing that anyone that
uses specific words like militia, sovereign, oath keepers, constitution, patriots and even
founding fathers, to name just a few, are armed, radicals and dangerous cop killers, whose
215 names are put on the terrorist watch list. This agitation often causes police to over-react
with excessive force and on a few occasions respond by SWAT when these words are used
at traffic stops.

Much of the over-reaction that fuels the police comes from www.policemag.com that
220 spews forth the lies of the Southern Poverty Law Center to unsuspecting law-enforcement
agencies and departments. The SPLC is an arm of the BAR whose purpose is to excite

---

[22] https://www.splcenter.org/intelligence-report?f%5B0%5D=field_intel_report_issue%3A11691

violence by federal agents and police upon 𝖂e the 𝕾overeign 𝕻eople who are trying to make sense of our out of control federal judiciary and be free.

225     The fact of the matter is *"In United States, SOVEREIGNTY RESIDES IN PEOPLE. The Congress cannot invoke the sovereign power of the People to override their will..."*[23] *"It will be admitted on all hands that with the exception of the powers granted to the states and the federal government through the Constitutions, THE PEOPLE OF THE SEVERAL STATES ARE UNCONDITIONALLY*
230 *SOVEREIGN within their respective states."*[24] *"SUPREME SOVEREIGNTY IS IN THE PEOPLE - No authority can, on any pretense whatsoever, be exercised over the citizens of this state, but such as is or shall be derived from and granted by the people of this state."*[25] *"SOVEREIGNTY ITSELF IS, OF COURSE, NOT SUBJECT TO LAW, FOR IT IS THE AUTHOR AND SOURCE OF LAW; but in our system, while*
235 *sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts And the law is the definition and limitation of power..."*[26]

So how is it that patriotic People who claim to be sovereign and believe in the Constitution
240 and insist that our elected servants keep their oaths are somehow home grown terrorists? 𝖂e the 𝕾overeign 𝕻eople are determined through this action to find out why.

## 𝕻OWER AND 𝕬UTHORITY

245 There is a war that has been raging since antiquity a war for our hearts and our minds, for



our flesh, for our very souls; to bring all mankind under a one world order (novus ordo seclorum)[27] as George Washington put it, *"orchestrated by a small group of cunning, ambitious, and unprincipled men*[28] *who have subverted the power of the people and usurped for themselves the reins of government. They have put in the place of the delegated will of the nation*
*US Seal adopted 1782* *the will of a small but artful and enterprising minority to make the public*

---

[23] Perry v. US, 294 U.S330

[24] Lansing v. Smith, 4 Wendell 9, (NY) 6 How416, 14 L. Ed. 997

[25] NY LAW § 2:

[26] Yick Wo v. Hopkins, 118 US 356, 370

[27] The phrase *Novus ordo seclorum* (Latin for "New order of the ages" (NWO); English pronunciation: /ˈnoʊvəs ˈɔːrdoʊ seˈklɔːrəm/; Latin pronunciation: [ˈnɔwʊs ˈoːrdoː seːˈkloːruː]) appears on the reverse (or back side) of the Great Seal of the United States, first designed in 1782 and printed on the back of the United States one-dollar bill since 1935. Soon after America became a new nation, the Continental Congress formed a committee to "prepare a device for the seal of the United States of North America". The committee consisting of Benjamin Franklin, John Adams and Thomas Jefferson on May 10, 1780, Congress rejected the design submitted by the committee. Then the matter was referred to the Secretary of Congress, Charles Thomson, who asked the assistance of William Barton, a prominent citizen of Philadelphia. Barton proposed two designs, then Thomson submitted his own, which, revised by Barton, was finally adopted in 1782.

[28] Ephesians 2:2

*administration the mirror of their ill-concerted and incongruous projects of faction, rather than the organ of consistent and wholesome plans digested by common counsels and modified by mutual interests."*

255

*"There are only two fundamental traditions of law and government that are active among humanity, each manifesting contrary ideals: the common law and the civil law. The common law rests upon justice administered by scriptural principles that presuppose and guard against the inherent imperfections of human reason. The civil law, on the other*
260 *hand, justifies its methods by presupposing and appealing to man's notions of perfected reason. The common law tradition governs only a handful of countries and is fundamentally consonant with Scripture, acknowledging the divine eternality of law as the measure of all things. The civil law tradition, on the other hand, governs most modern nations and is fundamentally Babylonian trusting human reason as the worthy measure of*
265 *all things. The common law tradition recognizes the necessity of human administration of law and government, while providing safeguards against man's weaknesses."*[29]

Legislated laws of men change with the times, serve agendas, serve governments, are incapable of mercy and demoralize men. Whereas, God's laws are the same yesterday,
270 today and tomorrow, they serve God, serve man, benefit both victim and wrongdoer, provide for repentance, considers mercy, builds morals and save souls.

𝔚e the 𝔖overeign 𝔓eople ordained and establish a federal government to serve the following six directives:
275 **(1) FORM A MORE PERFECT UNION;**
Create a federal city[30], establish uniform naturalization rules[31], coin money[32], establish post offices, post roads[33], legislate counterfeiting[34] and piracy laws[35]

**(2) ESTABLISH JUSTICE;**
Create courts[36], secured habeas corpus[37], congress may not impose an income (direct) tax[38], forbid
280 BAR attorneys from holding office[39] and prevent misconstruction or abuse of powers[40].

---

[29] Excellence of the Common Law by Brent Winters, pg 45
[30] **Article 1 Section 8 Clause 17:** To exercise exclusive legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of particular states, and the acceptance of Congress, become the seat of the government of the United States, and to exercise like authority over all places purchased by the consent of the legislature of the state in which the same shall be, for the erection of forts, magazines, arsenals, dockyards, and other needful buildings; In September 1791, the commissioners named the federal city in honor of Washington and dubbed the district. In 1871 by the unconstitutional Organic Act of 1871 the District officially was renamed District of Columbia.
[31] Article 1 Section 8 Clause 4
[32] Article 1 Section 8 Clause 5
[33] Article 1 Section 8 Clause 7
[34] Article 1 Section 8 Clause 6
[35] Article 1 Section 8 Clause 10
[36] Article 1 Section 8 Clause 9
[37] Article I Section 9 Clause 2
[38] Article I Section 9 Clause 4

**(3) INSURE DOMESTIC TRANQUILITY;**
   Provide for the militia for the suppression of insurrections and repel invasions[41].

**(4) PROVIDE FOR THE COMMON DEFENSE;**
   Raise and support armies, maintain a navy and make rules for the land and naval forces;[42]

285 **(5) PROMOTE THE GENERAL WELFARE**
   Promote the arts and science[43]; make commerce regular[44]; no taxes or duties on exports[45].

**(6) SECURE THE BLESSINGS OF LIBERTY TO OURSELVES AND OUR POSTERITY.**
   Guarantee a republican government, protect against invasion[46] enforce the law of the land[47].

Our Constitution provided for a government that united the States as one unique Nation
290 where *"no state is deprived of its equal suffrage in the Senate"*[48], but insidious factions
within all three branches of our government have conspired and have succeeded in
depriving every state its equal suffrage, destroying all balance of power between the States
through the passing as law the repugnant XVII Amendment a law specifically and
explicitly FORBIDDEN by the Constitution itself.[49]

295 Amendment X clearly stated that *"The powers not delegated to the United States by the
Constitution, nor prohibited by it to the States, ARE RESERVED TO THE STATES
RESPECTIVELY OR TO THE PEOPLE."*

All legislation by Congress that was not delegated to them is null and void and it is the
duty of this Congress to READ and UNDERSTAND our Constitution and start obeying it
300 because clearly they are not and in the day of reckoning, ignorance of the law will be no
excuse!

The foundation of our Constitution is the Declaration of Independence which states:
whenever any Form of Government becomes destructive to our unalienable rights such as
life, liberty, pursuit of happiness and government by consent of the governed, it is the
305 Right of the People to remove from office by indictment or recall any elected, appointed or
hired servants who refuse to obey the Law of the Land. We the People have suffered a
long train of abuses and usurpations by our government that perpetually pursued the same
objective which revealed a design to reduce the People to living under absolute despotism,

---

[39] Article I Section 9 Clause 8
[40] Bill of Rights
[41] Article 1 Section 8 Clause 15, Article 1 Section 8 Clause 16
[42] Article 1 Section 8 Clause 11, Clause 12, Clause 13
[43] Article 1 Section 8 Clause 8
[44] Article 1 Section 8 Clause 3
[45] Article I Section 9 Clause 5
[46] Article IV Section 4
[47] Article VI Clause 2
[48] Article V
[49] Article V: "No state, without its consent, shall be deprived of its equal suffrage in the Senate"

it is therefore our right and our duty to indict such tyrants and try them for treason in a
court of Justice, such as this.

These tyrants have infiltrated our government from the very inception of our Nation and
have labored continually deteriorating our Union taking the controls at every level of
government. They have changed our federal city built upon righteousness and governed by
our Creator's Law (Common Law) into a corporate state of greed and corruption
controlled by foreign bankers and BAR attorneys. They have brought us to the very brink
of World War III.

Tyrants in Congress have ignored and expunged the Peoples six directives: (1) instead of
Forming a more perfect union, they have given our federal city, post offices and coining of
money to foreign bankers and BAR attorneys; (2) instead of Establishing Justice, they
have turned our courts to jurisdictions unknown, abolished habeas corpus, imposed an
income tax that has destroyed the middle class and turned all law making over to the BAR
who have abrogated the Law of the Land; (3) instead of Insuring Domestic Tranquility,
they have abolished the militia and closed our armories; (4) instead of Providing for the
Common Defense, they have kept our armed forces in a state of perpetual war; (5) instead
of Promoting the General Welfare they have regulated commerce and instead of making
commerce regular, they imposed unconstitutional sin taxes. Advancements in science
health and technology have been hidden, inventers have been stifled and murdered; (6)
instead of Securing the Blessings of Liberty, they have changed our Republic first into a
democracy and now into an oligarchy.

There is a hidden hand that orchestrates events, our courts and our legislation through the
insidious BAR. America is in shambles and our elected servants walk as blind men.

These tyrants within have denied us due process, they abrogated the common law, they
have created federal debtors prisons (IRS), they rob our homes through non-judicial
foreclosures, they steal our children in family court, they steal our parents and their estates
in probate courts, they taint every grand and trial jury, they have created free speech zones,
they have labeled patriots terrorists, they have destroyed our political process, they have
stolen our free press, they have infringed upon our right to defend ourselves, they have
destroyed our manufacturing base, they have chased out of America 88% of the top
Fortune 500 companies, they have destroyed our economy, they have turned our dollar
into debt, they have robbed our silver and gold, they have demoralized our children, they
have opened our borders, they have used the BLM to terrorize American ranchers, miners
and loggers in order to sell off America's resources to foreign countries, they have sold our
postal systems to foreign corporations, they have brokered our electric company sales to
foreign corporations, they spy on the We the People intercepting and storing all of our
communications in case we become persons of interests.

Our servants take money (bribes) from special interest groups, thereby selling their vote and their soul to the highest bidder, usually on legislation that they don't even have the constitutional authority to pass in the first place, placing the will of the corporate world above the will of the People.

350 Acts of our servants are not to provide for special interest groups, not to divide us, not to establish statutory courts in jurisdictions unknown, not to establish laws that enslave the human spirit, not to keep us in perpetual war, not to demoralize us, not to destroy our prosperity, not to put us in harm's way, not to rob us of a proper education and not to lead us as lambs to the slaughter.

355 We the People did not consent to any legislated powers that legislate our behavior or penalize wrongdoers. Common Law decrees that in order for there to be a crime there must be an injured party, and it is We the People, through an untainted grand jury, who are to decide if there is evidence to indict. It is We the People, through an untainted trial jury, who are to decide both the law and the facts. It is We the People, through an untainted
360 trial jury, who are to decide guilt or innocence. It is We the People, through an untainted trial jury, who are to decide the penalty. Common Law decrees that for every injury there must be a remedy. Restitution is the remedy that has the power to restore both victim and wrongdoer.

The covenant made between God and His people in 1776 empowered We the People to
365 self-government. George Washington said the United States was built upon: *"the fundamental maxims of true liberty" and that "the basis of our political systems is the right of the people to make and to alter their constitutions of government. But the Constitution which at any time exists, till changed by an explicit and authentic act of the whole people, is sacredly obligatory upon all. The very idea of the power and the right of
370 the people to establish government presupposes the duty of every individual to obey the established government."*

By God were all things created, that are in heaven, and that are in earth, visible and invisible, whether [they be] thrones, or dominions, or principalities, or powers: all things were created by him, and for him: And he is before all things, and by him all things consist
375 and through His common law We the People are vested with unalienable rights, governments are not! Your power and authority is defined in the Constitution that We the People ordained and established. Therefore, be now cognizant that:

We the People have been providentially provided legal recourse to address the criminal conduct of persons, We the People entrusted to dispense justice through juries formed by
380 the People ourselves. We need not your permission; does the master seek leave from his servant? Let us remind you that the first known recorded grand jury that was formed by the People themselves to put the tyrant king back under the control of the law, was written by

We the People who wrote their intentions and commands down on paper titled the "Magna Carter"! Not too much different than what We the People are doing herein!

385 Be now cognizant that: *"the grand jury is an institution separate from the courts, over whose functioning the courts do not preside ... the grand jury is mentioned in the Bill of Rights, but not in the body of the Constitution. It has not been textually assigned, therefore, to any of the branches described in the first three (3) Articles. It is a constitutional fixture in its own right. In fact, the*
390 *whole theory of its function is that it belongs to no branch of the institutional government, serving as a kind of buffer or referee between the Government and the people... The grand jury's functional independence from the judicial branch is evident, both in the scope of its power to investigate criminal wrongdoing, and in the manner in which that power is exercised. 'Unlike [a]*
395 *[c]ourt, whose jurisdiction is predicated upon a specific case or controversy, the grand jury can investigate merely on suspicion that the law is being violated, or even because it wants assurance that it is not."* United States v. John H. Williams; 112 S. Ct. 1735; 504 U.S. 36; 118 L.Ed.2d 352; 1992

Thus, We the People have the unbridled right by law and in law to empanel our own
400 grand juries and present "True Bills" of information, indictments and presentments to a court of record, like this one, which is then required to commence a criminal proceeding. Our Founding Fathers, with foresight, grafted into the common law Fifth Amendment, a "buffer" that We the People may rely upon for justice, when public officials, including judges, go rogue, act in bad behavior and criminally violate the law[50].

405 Be now cognizant that: BAR controlled federal and state court judges, by their presumed authority, contrary to their oath and duty, fraudulently claim the Constitution for the United States and its cap-stone Bill of Rights is abolished by statutes written by traitorous BAR members and passed by traitorous legislators, which are acts of conspiracy, treason and war against the United States of America and thereby We the People.

410 Be now cognizant that: We the People Decreed by Writ Quo Warranto all said unconstitutional legislation null and void and declared all such subversives enemies of We the People of the United States of America and ordered all United States Marshals, Bailiffs, County Sheriffs and Deputies to arrest all such federal and state judges for conspiracy, treason and breach of the peace when witnessing the violation of Peoples'
415 unalienable rights in our courts, in violation of Article III Section 3, for levying war against the people, adhering to the enemy, giving aid and comfort.[51]

---

[50] **UNITED STATES v. WILLIAMS**, 112 S.Ct. 1735, 504 U.S. 36, 118 L.Ed.2d 352; No. 90-1972. Argued Jan. 22, 1992. Decided May 4, 1992.

[51] **Article III Section 3**. Treason against the United States, shall consist only in levying war against them, or in adhering to their enemies, giving them aid and comfort.

*18 U.S. Code §2385 whoever organizes or helps or attempts to organize any society, group, or assembly of persons who teach, advocate, or encourage the overthrow or destruction of any such government[52] by force or violence;*

420 *or becomes or is a member of, or affiliates with, any such society, group, or assembly of persons [bar], knowing the purposes thereof - shall be fined under this title or imprisoned not more than twenty years, or both...*

Be now cognizant that: because rights are unalienable, legislators cannot legislate (abolish) rights away no matter what the BAR has instructed you. Rights come from God and not

425 man; therefore, not even 𝔚e the 𝔓eople can give them up for ourselves or others. Once 𝔚e the 𝔓eople ordained common law as the law of the land, no man can abrogate it; to claim to do so is an act of war against the 𝔓eople and their 𝔊od.

Be now cognizant that: unconstitutional acts are not law[53], and no one is bound to obey them.[54] Judges are expected to maintain a high standard of judicial performance[55] and

430 when they violate the Constitution, they cease to represent the government[56], become liable for damages[57] and lose any immunity they may have had[58]. *"State Judges, as well as federal, have the responsibility to respect and protect persons from violations of federal constitutional rights."*[59]

Be now cognizant that: *"Decency, security, and liberty alike demand that government*

435 *officials be subjected to the same rules of conduct that are commands to the citizen. In a Government of laws, existence of the government will be imperiled if it fails to observe the law scrupulously. Crime is contagious. If government becomes a lawbreaker, it breeds contempt for the law...it invites every man to become a law unto himself...and against that pernicious doctrine, this court should resolutely set its face."* Olmstead v U.S., 277 US

440 348, 485; 48 S. Ct. 564, 575; 72 LEd 944; *"Judges have no more right to decline the*

---

[52] **Preamble** We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America. **Article I Section 8** To make rules for the government and regulation of the land and naval forces;

[53] "An unconstitutional act is not law; it confers no right; it imposes no duties; affords no protection; it creates no office; it is in legal contemplation, as inoperative as though it had never been passed." **Norton vs Shelby County 118 US 425 p. 442**

[54] "No one is bound to obey an unconstitutional law and no courts are bound to enforce it." **16th American Jurisprudence 2d, Section 177 late 2nd, Section 256**

[55] "Judges must maintain a high standard of judicial performance with particular emphasis upon conducting litigation with scrupulous fairness and impartiality." **28 USCA 2411; Pfizer v. Lord, 456 F 2d 532; cert denied 92 S Ct 2411; US Ct App MN, (1972).**

[56] "...an...officer who acts in violation of the Constitution ceases to represent the government." **Brookfield Co. v Stuart, (1964) 234 F. Supp 94, 99 (U.S.D.C., Wash.D.C.)**

[57] "...an officer may be held liable in damages to any person injured in consequence of a breach of any of the duties connected with his office...The liability for nonfeasance, misfeasance, and for malfeasance in office is in his 'individual', not his official capacity..." **70 AmJur2nd Sec. 50, VII Civil Liability.**

[58] "Government immunity violates the common law maxim that everyone shall have a remedy for an injury done to his person or property." **Firemens Ins. Co. of Newawk, N.J. v. Washburn County, 2 Wisc 2d 214 (1957)**

[59] Gross v. State of Illinois, 312 F 2d 257; (1963)

*exercise of jurisdiction which is given, than to usurp that which is not given. The one or the other would be treason to the Constitution."[60] "No judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries*
445 *is nothing less than lawless violence."[61]*

Be now cognizant that: the Unified United States Common Law Grand Jury (UUSCLGJ) is comprised of fifty Grand Jurys each unified amongst the counties within their respective States that were overwhelmingly unified by re-constituting Common Law Grand Juries in all 3,133 United States counties. All fifty States have unified nationally as an assembly of
450 Thousands of People in the name of We the People to suppress, through our Courts of Justice, subverts both foreign and domestic acting under color of law within our governments. We are the People and this Grand Jury will remain in session until we secure the nation from the tyrants at large and reinstate our Constitution.

Be now cognizant that: "*If anyone has been dispossessed without the legal judgment of his*
455 *peers, from his lands, homes, franchises, or from his right, we will immediately restore them to him; and if a dispute arise over this, then it will be decided by the five and twenty jurors of whom mention is made below in the clause for securing the peace. Moreover, for all those possessions, from which anyone has, without the lawful judgment of his peers, been disseized or removed by our government, we will immediately grant full justice*
460 *therein.*" - Magna Carta Paragraph 52.

Be now cognizant that: We the People Command all elected, appointed and hired servants to obey the Law of the Land and join the People in our quest to reinstate the Constitution for the United States of America and bring to Justice all subverts. Now that you know, to do nothing elevates you to Principle, SOUND THE ALARM; TAKE A STAND!

465 18 U.S. Code §2 "*Principals (a) Whoever commits an offense against the United States or aids, abets, counsels, commands, induces or procures its commission, is punishable as a principal. (b) Whoever willfully causes an act to be done which if directly performed by him or another would be an offense against the United States, is punishable as a principal*".

470 SEAL

Dated

_____
Plaintiffs, John Vidurek, et al

---

[60] Cohen v. Virginia, (1821), 6 Wheat. 264 and U.S. v. Will, 449 U.S. 200
[61] Ableman v. Booth, 21 Howard 506 (1859)

# UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF NEW YORK
● 445 Broadway; Albany, NY. 12207-2936 ●

John Vidurek, Gerard Aprea, et al

           Plaintiffs

       - Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly

           Defendants

Case NO:

**MEMORANDUM OF LAW IN
SUPPORT OF THE COMMON LAW**

Before any court can have authority to hear a case, they must have both personam and subject matter jurisdiction. Any court not a court of record[1] has no authority to proceed without the consent of the persons involved. American courts are vested by We the People, *"the author and source of law"*[2], through constitutions[3] written by We the People and jury nullification. Therefore, a court must first have *"constitutional authority"* over an individual and in criminal cases a court must have an indictment by an untainted grand jury. Furthermore, "all" state laws and constitutions are ultimately governed by the "Supremacy Clause" of the Constitution for the United States of America as ordained by We the People in Article VI, clause 2, that defines the *"Law of the Land"* which renders *"any Thing in the Constitution or Laws of any State to the Contrary notwithstanding"* [null and void]. Whereas the judge/magistrate retains his authority in Article III common law courts "only during good behavior" as defined in Article III, Section 1 and 2. And, *"No*

---

[1] **COURTS OF RECORD and COURTS NOT OF RECORD** - The former being those whose acts and judicial proceedings are enrolled, or recorded, for a perpetual memory and testimony, and which have power to fine or imprison for contempt. Error lies to their judgments, and they generally possess a seal. Courts not of record are those of inferior dignity, which have no power to fine or imprison, and in which the proceedings are not enrolled or recorded. 3 Bl. Comm. 24; 3 Steph. Comm. 383; The Thomas Fletcher, C.C.Ga., 24 F. 481; Ex parte Thistleton, 52 Cal 225; Erwin v. U.S., D.C.Ga., 37 F. 488, 2 L.R.A. 229; Heininger v. Davis, 96 Ohio St. 205, 117 N.E. 229, 231.

[2] *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law;"* -- Yick Wo v. Hopkins, 118 US 356, 370.

[3] That which is laid down, ordained, or established. Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.

20   *judicial process, whatever form it may assume, can have any lawful authority outside of the limits of the jurisdiction of the court or judge by whom it is issued; and an attempt to enforce it beyond these boundaries is nothing less than lawless violence*"[4] and "*that which the law requires to be done or forborne to a determinate person or the public at large, correlative to a vested and coextensive right in such person or the public, and the breach*
25   *of which constitutes negligence.*"[5]

## THE LAW

The definition of Law is that which is laid down, ordained, or established. It is "*a rule or method according to which phenomena or actions co-exist or follow each other and must be obeyed or be subject to sanctions or legal consequences.*"[6] In our Republic, Common
30   Law is the Law of the Land by which 𝔚e the 𝔓eople chose to be judged when we "*assumed among the powers of the earth, the separate and equal station to which the Laws of Nature and of Nature's God entitle [us] them,*" 𝔚e the 𝔓eople further declared that, "*We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights, that among these are Life,*
35   *Liberty and the pursuit of Happiness.--That to secure these rights Governments are instituted among Men, deriving their just powers from the consent of the governed,*" obedience to the Constitution, is the extent of that consent and no judge and no congress can alter that which 𝔚e the 𝔓eople ordained, to alter is high treason.

   "*With reference to its origin, "law" is derived either from (1) judicial precedents, from (2)*
40   *legislation, or (3) from custom*[7]." Black's Law Dictionary 4th Edition compiles and defines a complete collection of Terms and Phrases of American and English Jurisprudence, ancient and modern, listing Fifty-One different categories of law, they are categorized under the aforesaid three (3) derivatives as follows:

45

### (1) LAW FROM JUDICIAL PRECEDENTS

| **Adjective Law** - The collective of rules of procedure or practice<br>**Case Law** - The aggregate of reported cases as forming a body of jurisprudence | **Equity Law** - this term denotes the spirit and the habit of fairness, justness, and right dealing which would regulate the intercourse of men with men.<br>**Unwritten Law** - All that portion of the law, observed and administered in the courts, which has not been enacted or promulgated. |

---

[4] Ableman v. Booth, 21 Howard 506 (1859).
[5] Railroad Co. v. Ballentine, C.C.A.Ill., 84 F. 935, 28 C.C.A. 572; Toadvine v. Cincinnati, N. 0. & T. P. Ry. Co., D.C.Ky., 20 F.Supp. 226, 227.
[6] Koenig v. Flynn, 258 N.Y. 292, 179 N. E. 705.
[7] Sweet

## (2a) LAW FROM LEGISLATION

| | |
|---|---|
| **Mercantile Law** - An expression substantially equivalent to the law-merchant or commercial law; <br> **Bankrupt Law** - A law for benefit and relief of creditors and their debtors | **Civil Law** - A personal action which is instituted to compel payment, or the doing of some other thing which is purely civil <br> **Probate Law** - Originally, relating to proof; afterwards, relating to the proof of wills |

50

## (2b) LAW FROM LEGISLATION

Apply only to government agents ...

| | |
|---|---|
| **Administrative Law** - That branch of public law which deals with the various organs of the sovereign power considered as in motion (regulation of the military and naval forces, citizenship and naturalization) <br> **Admiralty Law** - An action directed against the particular person who is to be charged with the liability <br> **Arms, Law of** - That law which gives precepts and rules concerning war <br> **Commercial Law** - the term has come to be used occasionally as synonymous with "maritime law;" <br> **Criminal Law** - the term may denote the laws which define and prohibit the various species of crimes and establish their punishments <br> **Flag, Law of** - In maritime law, the law of that nation or country whose flag is flown by a particular vessel. <br> **International Law** - The law which regulates the intercourse of nations; the law of nations. <br> **Military Law** - A system of regulations for the government of an army. <br> **Municipal Law** - Not the law of a city only but the law of the state. <br> **Local Law** - A law which is special as to place. | **Maritime Law** - That system of law which particularly relates to commerce and navigation, to business transacted at sea or relating to navigation, to ships and shipping, to seamen, to the transportation of persons and property by sea, and to marine affairs generally. <br> **Penal Laws** - Statutes which prohibit an act and impose a penalty for the commission of it. <br> **Prospective Law** - One applicable only to cases which shall arise after its enactment. <br> **Public Law** - That branch or department of law which is concerned with the state in its political or sovereign capacity, including constitutional and administrative law, and with the definition, regulation, and enforcement of rights in cases where the state is regarded as the subject of the right or object of the duty <br> **Revenue Law** - Any law which provides for the assessment and collection of a tax to defray the expenses of the government. <br> **Statutory Law** - An act of the legislature declaring, commanding, or prohibiting something enacted and established by the will of the legislative department of government; |

55

## (2c) LAW FROM LEGISLATION

The following have no jurisdiction in the United States of America ...

| | |
|---|---|
| **Canon Law** - A body of ecclesiastical jurisprudence <br> **Citations, Law of** - In Roman law. An act of Valentinian, passed A. D. 426 <br> **Ecclesiastical Law** - The body of jurisprudence administered by the ecclesiastical courts of England; derived, in large measure, from the canon and civil law <br> **Enabling Statute** - The phrase is also applied to any statute enabling persons or corporations to do what before they could not. It is applied to statutes which confer new powers <br> **Foreign Laws** - The laws of a foreign country, or of a sister state. <br> **Forest Law** - The system or body of old law relating to the royal forests. <br> **Marque, Law of** - A sort of law of reprisal, which entitles him who has received any wrong from another and cannot get ordinary justice to take the shipping or goods of the wrong-doer, where he can find them within his own bounds or precincts, in satisfaction of the wrong. <br> **Martial Law** - Exists when military authorities carry on government or exercise various degrees of control over civilians or civilian authorities in domestic territory. <br> **Oleron, Laws of** - A code of maritime laws published at the island of Oleron in the twelfth century by Eleanor of Guienne. <br> **Organic Law** - The fundamental law, or constitution, of a state or nation, written or unwritten; that law or system of laws or principles which defines and establishes the organization of its government. | **Parliamentary Law** - The general body of enacted rules and recognized usages which governs the procedure of legislative assemblies and other deliberative bodies. <br> **Personal Law** - As opposed to territorial law, is the law applicable to persons not subject to the law of the territory in which they reside. <br> **Remedial Statute** - One that intends to afford a private remedy to a person injured by the wrongful act. <br> **Retrospective Law** - Every statute which takes away or impairs vested rights acquired under existing laws, or creates a new obligation, imposes a new duty, or attaches a new disability in respect to transactions or considerations already past. <br> **Roman Law** - In a general sense, comprehends all the laws which prevailed among the Romans, without regard to the time of their origin, including the collections of Justinian <br> **Special Law** - One operating upon a selected class, rather than upon the public generally. <br> **Substantive Law** - That part of law which creates, defines, and regulates rights, as opposed to "adjective or remedial law," which prescribes method of enforcing the rights or obtaining redress for their invasion. |

## (3) LAW FROM CUSTOM

| | |
|---|---|
| **Absolute Law** - The true and proper law of nature <br> **Common Law** - As distinguished from law created by the enactment of legislatures <br> **Constitutional Law** - The fundamental principles which are to regulate the relations of government <br> **Custom Law** - Customs are general, local or particular, general customs are such as prevail throughout a country and become the law of that country <br> **Moral Law** - The law of conscience; the aggregate of those rules and principles, of ethics which relate to right and wrong conduct and prescribe the standards to which the actions of men should conform in their dealings with each other. | **Natural Law** - [Lex Naturale] the law of nature [Jus Naturale] it is absolute law, the true and proper law of nature a/k/a "common law as distinguished from law created by the enactment of legislatures. <br> **Positive Law** - Law actually and specifically enacted or adopted by proper authority for the government of an organized jural society. <br> **Private Law** - the term means all that part of the law which is administered between citizen and citizen, or which is concerned with the definition, regulation, and enforcement of rights in cases where both the person in whom the right inheres and the person upon whom the obligation is incident are private individuals. |

Article III established Common Law, Equity Law, Admiralty Law and Maritime Law[8]. Admiralty Law and Maritime Law are the law at sea whereas Common Law and Equity Law are the law of the land.

"**Equity and Justice** are substantially equivalent terms, if not synonymous."[9] "Under
65    constitutional provision guaranteeing right to obtain justice, the justice to be administered by courts is not an abstract justice as conceived of by the judge but justice according to law or, as it is phrased in the constitution, "conformably to the laws."[10]

**Equity law** is the system of jurisprudence administered by the purely secular tribunals. In equity courts [contract courts], judges are to act under "American Jurisprudence" which is
70    the philosophy of law, the knowledge of things divine and human, the science of what is right and what is wrong;[11] the constant and perpetual disposition to render every man his due.[12] It has no direct concern with questions of moral or political policy, for they fall under the province of ethics and legislation.[13] They are to meet out Justice which in the most extensive sense of the word differs little from virtue;[14] for it includes within itself the
75    whole circle of virtues. Justice, being in itself a part of virtue, is confined to things simply good or evil, and consists in a man's taking such a proportion of them as he ought."[15]

**The law** of nature [*Jus Naturale*] is Natural law [*Lex Naturale*]; it is absolute law, the true and proper law of nature[16] a/k/a "common law as distinguished from law created by the enactment of legislatures. Common Law is the use of legal principles to discover by the
80    light of nature or abstract reasoning comprised of the body of those principles and rules of

---

[8] **Article III, Section 2:** The judicial power shall extend to all cases, in **law** and **equity**, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority; — to all cases affecting ambassadors, other public ministers and consuls; — to all cases of **admiralty** and **maritime** jurisdiction; — to controversies to which the United States shall be a party; - to controversies between two or more states; - between a state and citizens of another state;-- between citizens of different states; - between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.
[9] In re Lessig's Estate, 6 N.Y.S.2d 720, 721, 168 Misc. 889.
[10] State ex rel. Department of Agriculture v. McCarthy, 238 Wis. 258, 299 N.W. 58, 64.
[11] Dig. 1, 1, 10, 2; Inst. 1, 1, 1. This definition is adopted by Bracton, word for word. Bract. fol. 3.
[12] Inst. 1, 1, pr.; 2 Inst. 56. See Borden v. State, 11 Ark. 528, 44 Am.Dec. 217; Collier v. Lindley, 203 Cal. 641, 266 P. 526, 530; The John E. Mulford, D.C. N.Y., 18 F. 455.
[13] Sweet.
[14] Luke 6:19 "And the whole multitude sought to touch him [Jesus]: for there went virtue out of him, and healed them all."
[15] Bouvier.
[16] 1 Steph.Comm. 21 et seq.

action, relating to the government and security of persons and property, which derive their authority solely from usages and customs of ancient antiquity.[17]

*"The Supreme Court shall have appellate jurisdiction, both as to law and fact..."*[18] in all "*cases in equity*" thereby becoming the final arbitrator and maker of case law, governed by American Jurisprudence[19] under the rules of Common Law; The Supreme Court has NO APPELLATE authority over cases "*in Law*" a/k/a Jury trials with the one exception of protecting an individual if an unalienable right of the same is violated. Federal District Court Judges, when hearing a "*case in equity*" are governed by American Jurisprudence and case law under the rules of Common Law. In cases "*in Law*" Judges or Magistrates take on an administrative role, with no summary judgement powers, **whereas the Jury**, a/k/a Tribunal of 12 People, **is the final arbitrator deciding the facts, law and remedy** with the power of nullification and mercy. This is called a "court of record" from which there is no appeal, as we read:

> *"The decisions of a superior court may only be challenged in a court of appeal. The decisions of an inferior court are subject to collateral attack. In other words, in a superior court one may sue an inferior court directly, rather than resort to appeal to an appellate court. Decision of a court of record may not be appealed. It is binding on ALL other courts. However, no statutory or constitutional court (whether it be an appellate or Supreme Court) can second guess the judgment of a court of record. "The judgment of a court of record, whose jurisdiction is final, is as conclusive on all the world as the judgment of this court would be. It is as conclusive on this court as it is on other courts. It puts an end to inquiry concerning the fact, by deciding it."* -- Ex parte Watkins, 3 Pet., at 202-203 cited by SCHNECKLOTH v. BUSTAMONTE, 412 U.S. 218, 255 (1973).

### THE AUTHOR OF LAW

God is the author of Common Law, which He wrote in the hearts of men, thereby giving 𝔚e the 𝔓eople both the knowledge of right and wrong and the unalienable right of 𝔚e the 𝔓eople to judge each other through tribunals called Juries. We the People ordained Common Law in Amendment VII and Congress clearly followed suit and established it through 28 USC §132.

---

[17] 1 Kent, Comm. 492. Western Union Tel. Co. v. Call Pub. Co., 21 S.Ct. 561, 181 U.S. 92, 45 L.Ed. 765; Barry v. Port Jervis, 72 N.Y.S. 104, 64 App. Div. 268; U. S. v. Miller, D.C.Wash., 236 F. 798, 800.

[18] Article III Section 2, Clause 2.

[19] **JURISPRUDENCE:** The science of the law. By science here, is understood that collection of truths which is founded on principles either evident in themselves, or capable of demonstration; a collection of truths of the same kind, arranged in methodical order. In a more confined sense, jurisprudence is the practical science of giving a wise interpretation to the laws, and making a just application of them to all cases as they arise. In this sense, it is the habit of judging the same questions in the same manner, and by this course of judgments forming precedents. 1 Ayl. Pand. 3 Toull. Dr. Civ. Fr. tit. prel. s. 1, n. 1, 12, 99; Merl. Rep. h. t.; 19 Amer. Jurist, 3.

110　We the **Sovereign People** ordained and established the Constitution[20] which is the law of the land[21] to be obeyed by all elected, appointed and hired servants. We the **People** vested Congress with certain law making powers in Article I Section 8 among which we gave "NO LEGISLATED POWERS" to write ordinances, regulations, codes or statutes that would control the behavior of We the **People** or apply any set punishment upon We the

115　**People**. That authority belongs to the People.[22]

> *"The very meaning of 'sovereignty' is that the decree of the sovereign makes law."*[23] *"A consequence of this prerogative is the legal ubiquity of the king* [Nature's God]. *His majesty in the eye of the law is always present in all his courts, though he cannot personally distribute justice."*[24] *"His judges* [juries]
>
> 120　*are the mirror by which the king's image is reflected."*[25]

Unalienable rights come from Natures God and are not subject to alienation; the characteristic of those things which cannot be bought or sold or transferred from one person to another, such as certain personal rights; e. g., liberty. Inalienable; incapable of being aliened, that is, sold and transferred.[26] Rights are defined generally as "powers of

125　free action, not subject to legal constraint of another, being unconstrained, having power to follow the dictates of one's own will, not subject to the dominion of another and not compelled to involuntary servitude.[27] Any statute that violates rights is null and void.

> *"We hold these truths to be self-evident, that all men are created equal, that they are endowed by their Creator with certain unalienable Rights that among*
>
> 130　*these are Life, Liberty and the pursuit of Happiness."*[28]

---

[20] We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

[21] **Article VI, Clause 2:** This Constitution, and the laws of the United States which shall be made in pursuance thereof; and all treaties made, or which shall be made, under the authority of the United States, shall be the supreme law of the land; and the judges in every state shall be bound thereby, anything in the Constitution or laws of any State to the contrary notwithstanding.

[22] *"Sovereignty itself is, of course, not subject to law, for it is the author and source of law;"* -- Yick Wo v. Hopkins, 118 US 356, 370.

[23] American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann.Cas. 1047.

[24] Fortesc.c.8. 2Inst.186.

[25] 1 Blackstone's Commentaries, 270, Chapter 7, Section 379.

[26] Black's 4th

[27] Black's 4th

[28] Declaration of Independence.

Congress was empowered under <u>Article I Section 8. Clause 18</u>: *To make all laws which*
135 *shall be necessary and proper for carrying into execution the foregoing* [17] *powers, and all other powers vested by this Constitution in the government of the United States, or in any department or officer thereof.*

*"Under our system of government upon the individuality and intelligence of the citizen, the state does not claim to control him/her, except as his/her conduct to others, leaving*
140 *him/her the sole judge as to all that affects himself/herself."[29] "There, every man is independent of all laws, except those prescribed by nature. He is not bound by any institutions formed by his fellowman without his consent."[30] "Statutes that violate the plain and obvious principles of common right and common reason are null and void."[31] "The assertion of federal rights, when plainly and reasonably made, is not to be defeated under*
145 *the name of local practice."[32] "A State may not impose a charge for the enjoyment of a right granted by the Federal Constitution."[33] "The State cannot diminish rights of the people."[34] "The Claim and exercise of a Constitutional Right cannot be converted into a crime."[35] "If the state converts a liberty into a privilege the citizen can engage in the right with impunity"[36] "Laws are made for us; we are not made for the laws."[37]*

150 Statutes are legislated law but, *"when a statute is passed in violation of law, that is, of the fundamental law or constitution of a state, it is the prerogative of courts to declare it void, or, in other words, to declare it not to be law;[38]"* therefore, *"an unconstitutional statute is not a law."[39]* The phrase *'at Law'* *"is used to point out that a thing is to be done according to the course of the common law; it is distinguished from a proceeding in equity.[40] "All*
155 *codes, rules, and regulations are for government authorities only, not human/Creators in accordance with God's laws. All codes, rules, and regulations are unconstitutional and*

---

[29] Mugler v. Kansas 123 U.S. 623, 659-60.
[30] Cruden v. Neale, 2 N.C. 338 (1796) 2 S.E.
[31] Bennett v. Boggs, 1 Baldw 60.
[32] Davis v. Wechsler, 263 US 22, at 24.
[33] Murdock v. Pennsylvania, 319 U.S. 105, at 113.
[34] Hertado v. California, 110 U.S. 516.
[35] Miller v. U.S. , 230 F 2d 486. 489.
[36] Shuttlesworth v Birmingham , 373 USs 262.
[37] William Milonoff.
[38] Burrill.
[39] John F. Jelke Co. v. Hill, 208 Wis. 650, 242 N.W. 576, 581; Flournoy v. First Nat. Bank of Shreveport, 197 La. 1067, 3 So.2d 244, 248.
[40] Blacks 4th

*lacking due process...*"[41] "*All laws, rules and practices which are repugnant to the Constitution are null and void.*"[42] "*The common law is the real law, the Supreme Law of the land, the code, rules, regulations, policy and statutes are "not the law.*"[43]

160     "*The general rule is that an unconstitutional statute, though having the form and name of law, is in reality no law, but is wholly void and ineffective for any purpose, since its unconstitutionality dates from the time of its enactment... In legal contemplation, it is as inoperative as if it had never been passed... Since an unconstitutional law is void, the general principles follow that it imposes no duties, confers no right, creates no office,*
165     *bestows no power or authority on anyone, affords no protection and justifies no acts performed under it... A void act cannot be legally consistent with a valid one. An unconstitutional law cannot operate to supersede any existing law. Indeed insofar as a statute runs counter to the fundamental law of the land, (the Constitution) it is superseded thereby. No one is bound to obey an unconstitutional law and no courts are bound to*
170     *enforce it.*"[44]

"*The act of regulating; a rule or order prescribed for management or government; a regulating principle; a precept.*"[45] "*Rule of order prescribed by superior or competent authority relating to action of those under its control.*"[46]

        We the Sovereign People are not under the management or control of government
175     agencies, to the contrary, "*governments are instituted among Men, deriving their just powers from the consent of the governed.*"[47] We the People vested Congress with the authority to write regulations for (1) commerce, (2) military and (3) government. All federal agencies heads obviously have the authority to write regulations in order to manage and the President can alter these regulations by executive order. Regulations are just
180     another word for policies and procedures.

        **CONCLUSION:** We the Sovereign People have unalienable rights under the Laws of Natures God, a/k/a Common Law. We the People are not bound by statutes, codes or regulations. Congress has no authority to codify and license our rights and no court has the authority to enforce such repugnant statutes. Any judge restraining said rights is in bad

[41] Rodriques v. Ray Donavan (U.S. Department of Labor) 769 F. 2d 1344, 1348 (1985).
[42] Marbury v. Madison, 5th US (2 Cranch) 137, 180.
[43] Self v. Rhay, 61 Wn (2d) 261.
[44] Bonnett v. Vallier, 116 N.W. 885, 136 Wis. 193 (1908); NORTON v. SHELBY COUNTY, 118 U.S. 425 (1886).
[45] Curless v. Watson, 180 Ind. 86, 102 N.E. 497, 499.
[46] State v. Miller, 33 N.M. 116, 263 P. 510, 513.
[47] Declaration of Independence.

185   behavior and will in due time suffer the wrath of the People through indictments and judgments in Courts of Justice.

SEAL

Dated

190

_____

Plaintiffs, John Vidurek, et al

# UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK

● 445 Broadway; Albany, NY 12207-2936 ●

5

John Vidurek, Gerard Aprea, et al

**Plaintiffs**

- Against -

Governor A. Cuomo, New York State Senate
and New York State Assembly

**Defendants**

Case NO:

**MEMORANDUM OF LAW IN
SUPPORT OF STANDING**

## CURRENT REPUGNANT DOCTRINE

10     In the United States, the current doctrine is that a person cannot bring a suit challenging the constitutionality of a law unless the plaintiff can demonstrate that (s)he is or will "imminently" be harmed by the law. Otherwise, the court will rule that the plaintiff "lacks standing" to bring the suit, and will dismiss the case without considering the merits of the claim of unconstitutionality.

15                 **LOCUS STANDI**

In law, standing or locus standi[1] is the term for the ability of a party to demonstrate to the court sufficient connection to and harm from the law or action challenged to support that party's participation in the case. Standing exists from one of three causes:

---

[1] LOCUS STANDI: A place of standing; standing in court. A right of appearance in a court of justice, or before a legislative body, on a given

1) <span style="text-decoration: underline">SOMETHING TO LOSE DOCTRINE</span>: The party is directly subject to an adverse effect by the statute or action in question, and the harm suffered will continue unless the court grants relief in the form of damages or a finding that the law either does not apply to the party or that the law is void or can be nullified. This is called the "*something to lose doctrine*", in which the party has standing because they directly will be harmed by the conditions for which they are asking the court for relief.

2) <span style="text-decoration: underline">CHILLING EFFECTS DOCTRINE</span>: The party is not directly harmed by the conditions by which they are petitioning the court for relief, but asks for it because the harm involved has some reasonable relation to their situation, and the continued existence of the harm may affect others who might not be able to ask a court for relief. In the United States, this is the grounds for asking for a law to be struck down as violating the First Amendment, because while the plaintiff might not be directly affected, the law might so adversely affect others that one might never know what was not done or created by those who fear they would become subject to the law – the so-called "*chilling effects doctrine*".

3) <span style="text-decoration: underline">ACT OF LAW</span>: The party is granted automatic standing by act of law.[2]


## UNALIENABLE RIGHT OF ONE TRUMPS THE WHOLE

In a Republic such as ours, the unalienable right(s) of the one trumps the will of the whole of society. If one or more of the blessings of liberty[3] is in imminent danger of loss by one, they have the unalienable right of due process to secure that right(s). The defendants in the case before this court threaten the rights of both the one and the whole of society.

The <span style="text-decoration: underline">Declaration of Independence</span> was initiated by 56 People, the <span style="text-decoration: underline">Constitution for the United States of America</span> was initiated by 39 People and this <span style="text-decoration: underline">Restoration of that Declaration and Constitution</span> has been initiated by more than 6,500 Common Law Grand Jurists a/k/a the "Sureties' of the Peace", on behalf of themselves, on behalf of those unable to articulate their case before the court and on behalf of the deceived that have been lulled to sleep by the orchestrators of treachery.

---

[2] Lee, Evan; Mason Ellis, Josephine (December 3, 2012). "The Standing Doctrine's Dirty Little Secret". Northwestern Law Review. 107: 169. SSRN 2027130Freely accessible.

[3] We the people of the United States, in order to form a more perfect union, establish justice, insure domestic tranquility, provide for the common defense, promote the general welfare, and secure the blessings of liberty to ourselves and our posterity, do ordain and establish this Constitution for the United States of America.

In fulfillment of the *"something to lose doctrine,"* We the Resolved People are in jeopardy of losing our unalienable rights to tyrants who refuse to answer.

In fulfillment of the *"chilling effects doctrine,"* We the Resolved People are unjustly
50   jailed; denied due process in courts of law; unconstitutionally taxed; tried in jurisdictions unknown; spied upon through our phones, TV's, cars, emails and cameras everywhere; our children are stolen; our parents are robbed of the fruits of their life's labors and enjoyment of their twilight years and we are robbed of our homes by detestable non-judicial foreclosures to name just a few.

55   In fulfillment of an "Act of Law" our founding fathers *"expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution"*[4] and thereby added to the Constitution a Bill of Prohibition being an Act of Law whereby We the Resolved
60   People have declared and here today reiterate our standing.


**CONCLUSION:** We the Sovereign People have unalienable rights under the Laws of Natures God, a/k/a Common Law. We the People are not bound by statutes, codes or regulations. Congress has no authority to codify and license our rights and no court has the
65   authority to enforce such repugnant statutes. We the Sovereign People provided for ourselves, through the Constitution, Courts of Justice called Article III Courts, where We the People have Standing whether we are one or a thousand. Since Congress doesn't have the backbone to start removing these seditious judges, acting in bad behavior, through impeachment for robbing the People of their Standing, due process and Article III Courts
70   of Record they will in due time suffer the wrath of We the Sovereign People through indictments and judgments in Courts of Record.

SEAL

Dated

75                                           Plaintiffs, John Vidurek, et al

---

[4] Bill of Rights.

# AFFIDAVIT

NEW YORK STATE ⟩
⟩: SS
CHAUTAUQUA COUNTY ⟩

I CHARLES M. KARLSTROM Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS; depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Charles Karlstrom*

## NOTARY

New York State, Chautauqua County on this 16th day of March 2018; before me Susan J. Hindman, the subscriber, personally appeared Charles Karlstrom to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

*Susan J. Hindman*
Notary

(Notary Seal)

My commission expires: 4-15-18

SUSAN J. HINDMAN - Reg. #01HI5058936
Notary Public, State of New York
Qualified in Chautauqua County
My Commission Expires April 15, 20 18

# AFFIDAVIT

NEW YORK STATE       )
                          ): SS
_Westchester_    COUNTY )

I _Anthony Futia Jr_, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Arthur Futia Jr_

## NOTARY

New York State, _Westchester_ County on this _10th_ day of _January_ 2018; before me _____, the subscriber, personally appeared _Anthony Futia Jr_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Lori J Zawacki_
Notary

My commission expires _1/21/19_

**LORI J ZAWACKI**
Notary Public, State of New York
No. 01ZA6015584
Qualified in Westchester County
Commission Expires January 21, 2019

# AFFIDAVIT

NEW YORK STATE ` )`

` ): SS`

Onondaga _____ COUNTY ` )`


I *Tanya F. Parrow*, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Tanya Parrow*

**NOTARY**

New York State, _Onondaga_ County on this _11_ day of _January_ 2018; before me _Michael Reber_, the subscriber, personally appeared _Tanya Parrow_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

MICHAEL RAY REBER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RE6355300
Qualified in Oswego County
Commission Expires March 6, 2021

Notary

(Notary Seal)

My commission expires: _March 6, 2021_

# AFFIDAVIT

NEW YORK STATE )
 ): SS
_CHEMUNG_ COUNTY )

I _JOSEPH W. ATKINSON III_ affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Joseph W. Williams_

**NOTARY**

New York State, _Chemung_ County on this _14th_ day of _January_ 2018; before me _Joseph Williams_, — the subscriber, personally appeared _Joseph Williams_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Michelle Card

_Michelle R Card_
Notary

(Notary Seal)                    My commission expires: _Nov 15, 2021_

MICHELLE R CARD # 01CA6033261
Notary Public, State Of
New York, Qualified In Steuben
County, My Commission Expires
November 15, 2021

# AFFIDAVIT

NEW YORK STATE       )
                        ): SS
__Kings_____ COUNTY )

I __Mozart D. Victor__, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Mozart D. Victor_

**NOTARY**

New York State, ~~State of NY, County of Kings~~ _____ County on this _____ day of **JAN 1 1 2018** 2018; before me _____, the subscriber, personally appeared _MOZart D Victor_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)                    My commission expires: _____

ZVI J INDIG
NOTARY PUBLIC, State of New York
No. 01IN6236599
Qualified in Kings County
Commission Expires February 26, 2019

# AFFIDAVIT

NEW YORK STATE )
): SS
_Cattaraugus_ COUNTY )

I _Gary E. Edgreen_, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS; depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Gary E Edgreen*

**NOTARY**

New York State, _Cattaraugus_ County on this _12th_ day of _January_ 2018; before me _Gary E. Edgreen_, the subscriber, personally appeared _Gary E. Edgreen_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

*Michiko H McElfresh*
Notary

(Notary Seal)

My commission expires: _11.23.2019_

MICHIKO H. MCELFRESH
Notary Public State of New York
01MC6333446
Qualified in Cattaraugus County
My Commission Expires 11/23/20_19_

# AFFIDAVIT

NEW YORK STATE    )
         ): SS
_Cattaraugus_   COUNTY )

I _Mary Jane Edgreen_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Mary Jane Edgreen*

## NOTARY

New York State, _Cattaraugus_ County on this _12 th_ day of _January_ 2018; before me _Mary Jane Edgreen_, the subscriber, personally appeared _Mary Jane Edgreen_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Michiko H McElfresh_
Notary

(Notary Seal)

My commission expires: _11/23/2019_

MICHIKO H. MCELFRESH
Notary Public State of New York
01MC6333446
Qualified in Cattaraugus County
My Commission Expires 11/23/20 _19_

# AFFIDAVIT

NEW YORK STATE      )
                 ): SS
_Saree_      COUNTY )

I _William R Fox Sr_ Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, *Genesee* County on this *22* day of *January* 2018; before me *William Fox SR*, the subscriber, personally appeared *William Fox SR* to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Notary

(Notary Seal)                    My commission expires: *10/23/18*

PATRICIA A. CANFIELD
Notary Public, State of New York
No. 01CA6046581
Qualified in Genesee County
Commission Expires October 23, 20 19

# AFFIDAVIT

NEW YORK STATE      )

                      ): SS

__Albany__ COUNTY )

I __James Birsen__, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, ___Albany___ County on this __18th__ day of ___January___ 2018; before me ___Stephanie M Lattimore___, the subscriber, personally appeared ___James E Biden___ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Stephanie M Lattimore
Notary Public, State of New York
Qualified in Albany County
No. 01LA6289372
Commission Expires September 23, 2021

(Notary Seal)

___Stephanie M Lattimore___
Notary

My commission expires: __September 23, 2021__

# AFFIDAVIT

NEW YORK STATE         )
                           ): SS

_Columbia_____ COUNTY )

I, _Joanne Johnson - Smith_ , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_____

**NOTARY**

New York State, Columbia County on this 22nd day of January 2018; before me _____ the subscriber, personally appeared Joanne Johnson-Smith to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)

My commission expires: 5/23/21

TISTRYA G. HOUGHTLING
Notary Public, State of New York
Reg. No. 01HO6342376
Qualified in Columbia County
My Commission Expires May 23, 20__

# AFFIDAVIT

NEW YORK STATE           )
                                ): SS
WESTCHESTER     COUNTY )

I, _Stacey Cumberbatch_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe me and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Stacey Cumberbatch_

**NOTARY**

New York State, Westchester_____County on this 20th day of January_____2018; before me Geraldine Jean-Jacques, the subscriber, personally appeared Stacey Cumberbatch_____to me known to be the living woman describe in and who executed the forgoing instrument and sworn before me that she executed the same as his free will act and deed.

GERALDINE JEAN JACQUES
Notary Public – State of New York
NO. 01JE6365921
Qualified in Westchester County
My Commission Expires Oct 16, 2021

(Notary Seal)

_Geraldine Jean-Jacques_
Notary

My commission expires: 10/16/2021

# AFFIDAVIT

NEW YORK STATE       )
                       ): SS

WESTCHESTER COUNTY     )


I Don Alan McLaughlin_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Don Alan McLaughlin*

**NOTARY**

New York State, Westchester County on this 20th day of January 2018; before me Geraldine Jean-Jacques the subscriber, personally appeared Don Alan: McLaughlin to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

GERALDINE JEAN JACQUES
Notary Public - State of New York
NO. 01JE6365921
Qualified in Westchester County
My Commission Expires Oct 16, 2021

(Notary Seal)

Notary

My commission expires: 10/16/2021

# AFFIDAVIT

NEW YORK STATE         )
                          ): SS

_Rensselaer_     COUNTY )

I _Michael R. Wiehl_ , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Michael R. Wihl*

## NOTARY

New York State, _Rensselaer_ County on this 30th day of _January_ 2018; before me _Michael Wihl_, the subscriber, personally appeared _____ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

JOSEPH EDWARD MADELINE
NOTARY
PUBLIC
# 01MA6337058
MY COMMISSION
(Notary Seal)
02/16/2020
RENSSELAER COUNTY, NY

_____
Notary

My commission expires: 02/16/2020

# AFFIDAVIT

NEW YORK STATE       )

*Erie*        ): SS
           COUNTY )

I, *Michael Anthony LiVecchi*, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Michael Anthony LiVecche Jr._

**NOTARY**

New York State, ___Erie___ County on this _5th_ day of ___February___ 2018; before me ___Faith J. Lindstedt___, the subscriber, personally appeared _Michael Anthony Livecche Jr._ to me known to be the living (woman)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Faith J. Lindstedt_
Notary

(Notary Seal)

My commission expires: _____

FAITH J. LINDSTEDT
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
My Commission Expires ___5/27/2019___

# AFFIDAVIT

NEW YORK STATE )
): SS
*Greene* COUNTY )

I _*Michelle*_ , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Michelle L Aprea*

**NOTARY**

New York State, _Greene_ County on this _3rd_ day of _February_ 2018; before me _Ashley Duncan_, the subscriber, personally appeared _Michelle Aprea_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)                    My commission expires: _4/6/20_

**ASHLEY LYNN DUNCAN**
Notary Public - State of New York
Reg. No. 6161273
Qualified in Greene County
My Commission Expires April 6, 2020

# AFFIDAVIT

NEW YORK STATE        )
                       ): SS
_Greene_ COUNTY )

I _Gerard L. Hope_ Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

## NOTARY

New York State, ___Greene___ County on this ___3rd___ day of ___February___ 2018; before me Ashley ___Duncan is a prep___ the subscriber, personally appeared ___Gerard Area___ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)                    My commission expires: ___4/6/20___

ASHLEY LYNN DUNCAN
Notary Public - State of New York
Reg. No. 6101273
Qualified in Greene County
My Commission Expires April 6, 20 20

i

# AFFIDAVIT

NEW YORK STATE        )
                                 ): SS
_____ERIE_____ COUNTY )

I __Jon E DeYoung__, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.



New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, _____Erie_____ County on this _11th_ day of _January_ 2018; before me _Jennifer G. Heim_, the subscriber, personally appeared _Jon E DeYoung_ to me known to be the living man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Jennifer G. Heim_
Notary

(Notary Seal)

My commission expires: _12|23|18_



Jennifer G. Heim
State of New York - Notary Public
Qualified in Erie County
Commission No. 01HE6070640
My Commission Expires 12/23/2018

# AFFIDAVIT

NEW YORK STATE      )
                     ): SS
Schoharie   COUNTY )

I Walter K Janczak Jr Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Walter K Janezak Jr*

## NOTARY

New York State, Schoharie County on this 19 day of January 2018; before me Nancy M Becker , the subscriber, personally appeared Walter Janezak Jr to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

*Nancy M Becker*
Notary

(Notary Seal)

NANCY M. BECKER  My commission expires: January 30, 2018
Notary Public, State of New York
Qual. in Schoharie Co. No. 01BE6140409
My Commission Expires January 30, 20 18

# AFFIDAVIT

NEW YORK STATE )
): SS
__Rockland__ COUNTY )

I __Leonard Voloda-rsky__ affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, _____N·Y_____ County on this _N·Y_ 1$^{t}$ day of _J·A·N_ 2018; before me _Vuto Da·as·Ky , cu·N4·a·D_, the subscriber, personally appeared _____ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)

My commission expires

MAJID MOHAMMAD
NOTARY PUBLIC STATE OF NEW YORK
ROCKLAND COUNTY
LIC. #01MO6015180
COMM. EXP. 10/26/2018

# AFFIDAVIT

NEW YORK STATE )
                       ): SS
_CHAUTAUQUA_ COUNTY )

I _William E Conta_, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_____

## NOTARY

New York State, _Chautauqua_ County on this _06_ day of _January_ 2018; before me _Russell E Webb_, the subscriber, personally appeared _william E conte_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

RUSSELL E WEBB
Notary Public, State of New York
No. 01WE6187862
Qualified in Chautauqua County
My Commission Expires 7/18/2021

_____
Notary

(Notary Seal)

My commission expires: _7/18/2021_

# AFFIDAVIT

NEW YORK STATE        )
                      ): SS
_MONROE_____ COUNTY )

I _David Paul_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_David K Paul_

## NOTARY

New York State, _Monroe_ County on this _20_ day of _January_ 2018; before me _Michelle M. Trabalzi_ the subscriber, personally appeared _David K. Paul_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)

Notary ... New York
No. ...
Qualified in Wayne
My Commission Exp. 12/31/2019

My commission expires: MICHELLE M TRABALZI
Notary Public - State of New York
No. 01-TR6179833
Qualified in Wayne
My Commission Exp. 12/31/2019

# AFFIDAVIT

NEW YORK STATE        )
                         ): SS

_Wayne_          COUNTY )

I _Joseph Fioco_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_____

**NOTARY**

New York State, ___Wayne___ County on this _7_ day of ___January___ 2018; before me ___Notary Public___, the subscriber, personally appeared ___Joseph G Floro___ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

ISMAIL TUNC
Notary Public - State of New York
NO. 01TU6263750
Qualified in Monroe County
My Commission Expires Jun 11, 2020

(Notary Seal)

_____
Notary

My commission expires: 6/11/2020

# AFFIDAVIT

NEW YORK STATE          )
                        ): SS
Wayne          COUNTY   )

I Michelle Fioco          , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Michelle Fico*

## NOTARY

New York State, Wayne County on this 19 day of January 2018; before me Marcy L. Mitchell Michelle Fico, the subscriber, personally appeared Michelle Fico to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

*Marcy L. Mitchell*
Notary

(Notary Seal)

My commission expires:

MARCY L. MITCHELL
Notary Public, State of New York
Qualified in Wayne County
No. 01MI6281958
Commission Expires May 13, 2021

# AFFIDAVIT

NEW YORK STATE      )

_NEW YORK_ COUNTY  ) : SS )

I _ANINA GONZALEZ_ , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_____

**NOTARY**

New York State, NEW YORK County on this 8TH day of JANUARY 2018; before me TYLO J. CASTRO, JR., the subscriber, personally appeared ALVIN S GONZALEZ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)                    My commission expires: **AUG 0 1 2018**

Julio J. Castro, Jr.
Commissioner of Deeds, City of N.Y.
Certificate No. 5-3300
Certificate filed in New York County
Commission Expires _____ 8/1/18

# AFFIDAVIT

NEW YORK STATE           )
                         ): SS
*Chautauqua*        COUNTY )

I *George A. Gard*    , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, _Chautauqua_ County on this _23_ day of _March_ 2018; before me _Laura J. Proffitt_ the subscriber, personally appeared _George A. Gard_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_____
Notary

(Notary Seal)

My commission expires: 1/18/21

LAURA J. PROFFITT
Notary Public, State of New York
Qualified in Chautauqua County
Reg# 01PR6121559
My Commission Expires 1/18/21

# AFFIDAVIT

NEW YORK STATE       )
                           ): SS

~~Chautauqua~~ _____ COUNTY )

I __Betty Gard_____, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

*Betty J Gard*

## NOTARY

New York State, Chautauqua County on this 23 day of March 2018; before me Laura J. Proffitt the subscriber, personally appeared Betty J. Gard to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

*Laura J. Proffitt*
Notary

My commission expires: 1/18/21

(Notary Seal)

LAURA J. PROFFITT
Notary Public, State of New York
Qualified in Chautauqua County
Reg# 01PR6121558,
My Commission Expires 1/18/21

**AFFIDAVIT**

Florida ~~NEW YORK~~ STATE  )
                              ): SS
Highlands COUNTY )

I David D. Joy , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS; depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_____

**NOTARY**

Florida CR
~~New York~~ State, _High lands_ County on this _19_ day of _March_ 2018; before me _David D. Joy_____, the subscriber, personally appeared _NYDL__David D. Joy_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Cynthia Reid_
Notary

My commission expires: _Aug 11, 2020_

CYNTHIA REID
Notary Public - State of Florida
Commission # GG 020741
My Comm. Expires Aug 11, 2020

# AFFIDAVIT

NEW YORK STATE )
): SS
Queens COUNTY )

I Cerus St Maarten , Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, _____Queens_____ County on this __9th__ day of __Feb__ 2018; before me __Lionel Lewis__, the subscriber, personally appeared __Cerics Sf maarten__ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

**LIONEL LEWIS**
Notary Public, State of New York
No. 01LE5041186
(Notary Seal) in Queens County
Commission Expires March 27, 20 19

Notary

My commission expires: 3/27/19

# AFFIDAVIT

NEW YORK STATE ⎫
⎬: SS
_Suffolk_ COUNTY ⎭

I, _Jose Ferreira Cruz_, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

_Jose Ferreira Cruz_

**NOTARY**

New York State, _Suffolk_ County on this _30th_ day of _March_ 2018; before me _Inocencia J. Quezada_, the subscriber, personally appeared _Jose Ferreira Cruz_ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

_Inocencia J. Quezada_
Notary

(Notary Seal)

My commission expires: _5/31/2019_

INOCENCIA J. QUEZADA
Notary Public State of New York
No. 01QU6163849
Qualified In Suffolk County
Commission Expires 05/31/2019

# AFFIDAVIT

NEW YORK STATE )
                )SS
_Suffolk_ COUNTY )

I _Senny Nunez_, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, ___Suffolk___ County on this __30th__ day of __March__ 2018; before me ___Inocencia J. Quezada___, the subscriber, personally appeared ___Seany Nunez___ to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

Notary

My commission expires: 3/31/2019

(Notary Seal)

INOCENCIA J. QUEZADA
Notary Public State of New York
No. 01QU6163849
Qualified In Suffolk County
Commission Expires 03/31/2019

# AFFIDAVIT

NEW YORK STATE )
 ): SS
Dutchess COUNTY )

~Jonathan Schultz~

~I~ ~John Vidurek~, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

## NOTARY

New York State, Dutchess County on this __31__ day of __March__ 2018; before me __Tara Ann Variano__, the subscriber, personally appeared Jonathan Schultz to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

TARA ANN VARIANO
Notary Public - State of New York
NO. 01VA6302256
Qualified in Dutchess County
My Commission Expires Apr 28, 2018

(Notary Seal)

_____
Notary

My commission expires: 04/28/18

# AFFIDAVIT

NEW YORK STATE     )
                             ): SS
Dutchess COUNTY     )

I Kimberly Vidurek, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, Dutchess County on this __31__ day of __March__ 2018; before me __Tara Ann Variano__, the subscriber, personally appeared Kimberly Vidurek to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

TARA ANN VARIANO
Notary Public - State of New York
NO. 01VA6302256
Qualified in Dutchess County
My Commission Expires Apr 28, 2018

Notary

(Notary Seal)

My commission expires: 04|28|18

# AFFIDAVIT

NEW YORK STATE     )
                          ): SS

Dutchess COUNTY     )

I John Vidurek, Affiant, being of lawful age, qualified and competent to testify to and having first-hand knowledge of the following facts do hereby swear that the following facts are true, correct and not misleading:

The Second Amendment guarantees a fundamental right that belongs to me as one of the People of New York. The Constitution does not create a right it secures our God Given Right to defend our-selves and our families.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators through intimidation and threat of violence have made it clear that if I am not obedient to their will they will take my arms using arms by force under color of law thereby placing extreme psychological stress and fear of violence upon my person and place my family in jeopardy of harm and even death.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators are in violation of the following:

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate my unalienable right to defend in violation of 18, USC 241; CONSPIRACY AGAINST RIGHTS by conspiring to oppress, threaten, and intimidate me and my family by infringing upon my free exercise and enjoyment of my unalienable right secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 U.S. Code § 242 by depriving my unalienable right to defend under the color of law.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1983; CIVIL ACTION FOR DEPRIVATION OF RIGHTS by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC 1985(3); CONSPIRACY TO INTERFERE WITH CIVIL RIGHTS: depriving me the equal protection of the laws and by acting under color of statute to deprive my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 42 USC §1986 for neglecting to protect my unalienable right to defend secured by the 2ND Amendment.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2384 by way of a seditious conspiracy by levying war against the People by forcing their authority under color of law by force to seize my arms with arms by force if I do not submit.

New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators have conspired to infringe upon and violate me and my family's unalienable right to defend in violation of 18 USC § 2382 - Misprision of treason. New York Governor Andrew M. Cuomo and all New York State Assemblyman and Senators owe allegiance to the People and thereby had a duty to protect.

Wherefore I sue for protection of rights and monetary damages in the amount $50,000

**NOTARY**

New York State, Dutchess County on this __31__ day of __March__ 2018; before me __Tara Ann Variano__, the subscriber, personally appeared John Vidurek to me known to be the living (wo)man describe in and who executed the forgoing instrument and sworn before me that he executed the same as his free will act and deed.

TARA ANN VARIANO
Notary Public - State of New York
NO. 01VA6302256
Qualified in Dutchess County
My Commission Expires Apr 28, 2018

(Notary Seal)

_____
Notary

My commission expires: 04/28/18