UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JOHN VIDUREK, *et al.*,

            *Plaintiffs*,

-against-

GOVERNOR ANDREW M. CUOMO, *et al.*,

            *Defendants*.

**NOTICE OF MOTION TO DISMISS**

1:18-CV-392

(MAD/CFH)

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of Michael G. McCartin (with Exhibit A), and all prior proceedings, on **June 19, 2018 at 10:00 a.m.**, the Defendants will make a motion before the Hon. District Court Judge Mae A. D'Agostino at the United States District Court, Northern District of New York, Albany, New York, for an order dismissing this action in its entirety pursuant to F.R.C.P. Rule 12(b)(6).

Dated: Albany, New York
       May 16, 2018

s/ *Michael McCartin*
MICHAEL G. McCARTIN
Assistant Attorney General
  *Of Counsel*
Bar Roll No. 511158
Telephone: (518) 474-7856
Fax: (518) 473-1572
E-mail: Michael.McCartin@ag.ny.gov

To:   Mr. John Vidurek
      *Plaintiff Pro Se*
      *On behalf of all Pro Se Plaintiffs*
      3979 Albany Post Road
      Hyde Park, N.Y. 12538

George Gard
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Betty Gard
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Cerus Maarten
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Charles Karlstrom
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Danid D. Joy
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Anthony Futia, Jr.
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Tanya E. Parrow
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Joseph Atkinson
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Mozart D. Victor
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Gary E. Edgreen
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Mary Jane Edgreen
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Alvin Gonzalez
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Gerard Aprea
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Michelle Aprea
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Jon E. Delong
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Senny Nunez
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Walter K. Janczak, Jr.
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Kimberly Vidurek
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

William E. Conta
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Leonard Volodarsky
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

David Paul
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

John Schultz
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Joseph Frioco
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Michelle Frioco
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

William R. Fox, Sr.
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

James Birsen
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Joanne Johnson Smith
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Stacey Cumberbatch
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Don Alan McLaughlin
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Michael R. Wiehl
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Michael Anthony Livecche, Jr.
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

Jose Ferreira Cruz
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE

James Burlinski
c/o John Vidurek
3979 Albany Post Road
Hyde Park, NY 12538
PRO SE